DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL,
DEFENDANTS

FILED
MAY 11 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. 5:26-cv-04580 NW

# ORIGINAL COMPLAINT 42 U.S.C. 1983

1. COMES NOW, PLAINTIFF, DEVIN E. SHAFFER WHO BRINGS FORTH AN ORIGINAL COMPLAINT UNDER 42 UNITED STATES CODE SECTION 1983 BEFORE THE UNITED STATES DISTRICT COURT IN THE NORTHERN DISTRICT OF CALIFORNIA FOR JUDGEMENT, REVIEW, AND RULING.

## I. JURISDICTION AND VENUE

2. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER THE COLOR OF STATE AND FEDERAL LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343(a)(3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

3. THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391(b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURED.

## II. PLAINTIFF'S

4. PLAINTIFF, DEVIN E. SHAFFER IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF CALIFORNIA IN THE CUSTODY OF THE SANTA CLARA COUNTY OFFICE OF THE SHERIFF. HE IS CURRENTLY CONFINED IN THE SANTA CLARA COUNTY MAIN JAIL COMPLEX, LOCATED IN SAN JOSE, CALIFORNIA.

## III. DEFENDANTS

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAY 11 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

5. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE IS A LAW ENFORCEMENT AGENCY THAT HOLDS CUSTODY OVER THE SANTA CLARA COUNTY MAIN JAIL

6. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE CAPTAIN G. GILL IS AT ALL TIMES MENTIONED THE FACILITY COMMANDER AT THE SANTA CLARA COUNTY MAIN JAIL.

7. DEFENDANT, SANTA CLARA VALLEY MEDICAL CENTER IS A HEALTHCARE PROVIDER OFFERING SERVICES AT THE SANTA CLARA COUNTY MAIN JAIL.

8. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY JHONSON #10830 IS AT ALL TIMES MENTIONED A CORRECTION OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

9. DEFENDANT, SANTA CLARA VALLEY MEDICAL NURSE MARILEN BAGUNAS IS AT ALL TIMES MENTIONED A NURSE AT THE SANTA CLARA COUNTY MAIN JAIL.

10. DEFENDANT, SANTA CLARA VALLEY MEDICAL NURSE DULAY HEINRICH IS AT ALL TIMES MENTIONED A NURSE AT THE SANTA CLARA COUNTY MAIN JAIL.

11. DEFENDANT, SANTA CLARA VALLEY MEDICAL NURSE KATHERINE AGUINALDO IS AT ALL TIMES MENTIONED A NURSE AT THE SANTA CLARA COUNTY MAIN JAIL.

12. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S DEPUTY BALADAD, IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

DEVIN SHEFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

13. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY OERTLE #11068, IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

14. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY AVISODORIO #10810 IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

15. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY PALAYO IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

16. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY DOWNING IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

17. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY OSORIO # 11342 IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

18. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY BRESENYO IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

19. DEFENDANT SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY ROTH (FEMALE) IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

20. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY SANDERS IS AT ALL TIMES MENTIONED A

Devin Shaffer
Plaintiff
v.
Santa Clara County Sheriff's Office, et al.
Defendants

In the United States District Court
Northern District of California

Original Complaint 42 U.S.C. 1983

correctional officer at the Santa Clara County Main Jail.

21. Defendant, Santa Clara County Sheriff's Office Deputy Doughbar #11256 is at all times mentioned a correctional officer at the Santa Clara County Main Jail.

22. Defendant, Santa Clara County Shsriff's Office Deputy Cammarga is at all times mentioned a correctional officer at the Santa Clara County Main Jail.

23. Defendant, Santa Clara Valley Medical Psychologist Dr. Bloch is at all times mentioned a psychologist working at the Santa Clara County Main Jail.

24. Defendant, Santa Clara Valley Medical Psychiatrist Chris Chen is at all times mentioned a Psychiatrist working at the Santa Clara County Main Jail.

25. Defendant, Santa Clara Valley Medical Physician Laura Peterson is at all times mentioned a Physician working at the Santa Clara County Main Jail.

26. Defendant, Santa Clara Valley Medical Physician Natalia Panviska is at all times mentioned a Physician working at the Santa Clara County Main Jail.

27. Defendant, Company Aramark is a company providing commissary services at the Santa Clara County Main Jail.

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

28. DEFENDANT, "DOE" FACILITY CLEANER IS A SANITATION CLEANER THAT WORKS AT THE SANTA CLARA COUNTY MAIN JAIL.

## IV. FACTS

29. IN BETWEEN THE DATES OF ABOUT 8/26/24 TO 10/07/24 I WAS HOUSED IN ADMINISTRATIVE SEGREGATION WHICH IS LOCATED IN MODULE 4B WITHIN THE MAIN JAIL. WHILE BEING HOUSED THERE I SEEMED TO HAVE ENDURED MALEFICENT CONDITIONS THAT DID NOT ADHERE TO THE FACILITIES GUIDELINES OR STANDARDS ON SANITATION OR CLEANLINESS. I PARTLY BELIEVE THIS IS WHY THE ADMINISTRATIVE SEGREGATION UNIT IS HOUSED IN MODULE 4B FOR THIS VERY REASON AS AN ADDITIONAL FORM OF PUNISHMENT AS THE OVERALL ENVIORNMENT OF THAT MODULE IS VERY OLD, UNRENOVATED, AND OUTDATED ALONG WITH IT BEING UNCLEAN AND MALODOROUS. I HAVE BEEN HOUSED IN THIS MODULE MANY TIMES IN PREVIOUS INCARCERATIONS AND THE CONDITIONS NEVER SEEM TO IMPROVE BUT GET WORSE. THESE CONDITIONS THAT I BELIEVE VIOLATE FACILITY STANDARDS IN BETWEEN THE TIME FRAME MENTIONED HAS CAUSED ME BOTH MENTAL AND PHYSICAL DAMAGES, FOR EXAMPLE THE CONDITIONS OF THE POD HAD A VERY NEGATIVE EFFECT ON MY OVERALL PHYSICAL HEALTH, WHICH AMPLIFIED PAIN AND SUFFERING FROM EXISTING OR CAUSITIVE HEALTH CONDITIONS, I EXPERIENCED VERY PAINFULL HEADACHES, EARACHES, TOOTH ACHES, AND NASAL/SINUS CONDITIONS, ALSO MY MENTAL HEALTH AND MORALE WERE GREATLY NEGATIVELY AFFECTED TO THE POINT OF BORDERLINE SUICIDAL IDEATION FROM THE CONDITIONS AND LACK OF CONCERN OR CARE AND TREATMENT FROM JAIL STAFF. SOME CONDITIONS THAT I BELIEVE VIOLATED MY

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

CONSTITUTIONAL RIGHTS TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT OR VIOLATIONS OF ENTITLEMENTS ARE AS FOLLOWS. THE SMELL OF THE POD WAS EXTREMELY MALODOROUS, AS SOON AS YOU WALK THROUGH THE DOOR THERE IS A VERY SHARP HARMFULL SMELL THAT SMELLS OF SEWER GAS OR HYDROGEN SULFIDE OR SULFUR DIOXIDE. THE SMELL OF THE POD WAS SO STRONG IT WOULD GIVE ME HEADACHES AND GREATLY EFFECT OTHER MEDICAL CONDITIONS I SUFFERED FROM BY ENHANCING THE PAIN I EXPERIENCED FROM THESE CONDITIONS. THERE WERE NUMEROUS CAUSES FOR THE BAD SMELL OF THE POD THAT I TRIED TO ADDRESS TO STAFF BUT WAS OF NO USE. IN THE POD THERE ARE TWO TIERS, AN UPSTAIRS AND DOWNSTAIRS, WHEN THERE ARE NOT ALOT OF PEOPLE HOUSED IN AD. SEG. THE TOP TIER IS LOCKED AND OFF LIMITS. THERE ARE 8 CELLS ON THE TOP TIER WITH 8 TOILETS IN EACH. WHEN THERE ARE NO INMATES HOUSED ON THE TOP TIER FOR LONG PERIODS OF TIME, THE SEALS, OR WATER, INSIDE THE P-TRAPS OF THE TOILETS TEND TO DIMINISH OR BREAK THIER SEALS, WHICH KEEP HARMFULL MALODOROUS SEWER GAS OUT OR "TRAPPED" BEHIND THE P-TRAPS SEAL OF WATER. WHEN NO INMATE IS THERE TO FLUSH THE TOILET, THE TRAP SEAL INSIDE THE TOILET DIMINISHES BY ASPIRATION OR MOMENTUM OF OTHER INMATES FLUSHING THIER TOILETS CONECTED TO THE SAME PLUMBING OR SOIL STACK. THESE FLUSHES CAUSE NEGATIVE PRESSURE THAT GRADUALLY SIPHONS ALL THE WATER OUT OF THE TRAP THAT IS SUPPOSE TO SEAL IN THE SEWER GAS. ANOTHER REASON WHY THE POD IS VERY MALODOROUS IS INBETWEEN CELLS 25 AND 27 THERE IS A RAW SEWAGE LEAK THAT FLOWS OUT OF THE CELLS

DEVIN SHAFFER
PLAINTIFF
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

WATER CLOSET AND ONTO THE FLOOR. INFRONT OF EACH WATER CLOSET ARE BUILT IN DRAINS IN THE FLOOR TO COLLECT WATER OR LEAKS IF THERE IS AN OVER FLOW. FOR SOME REASON ON THE SAME CLOSET THERE IS A RAW SEWAGE LEAK, THAT DRAIN IS CEMENTED SHUT, WHICH ALLOWS THE RAW SEWAGE TO ACCUMULATE AND SIT ON THE FLOOR. EVERYTIME AN INMATE FLUSHES A TOILET CONNECTED TO THAT CLOSETS PLUMBING OR SOIL STACK, RAW SEWAGE WATER NOT ONLY RUNS DOWN THE WALL INSIDE OF CELL 27 BUT ALSO LEAKS OUT OF THE CLOSET AND ACCUMULATES ON THE FLOOR OF THE POD AS WELL. THE THIRD REASON THE POD IS VERY MALODOROUS IS IT IS VERY UNCLEAN. THE FLOOR IS VERY ROUGH WITH DIPS/HOLES WHERE DIRT/GRIME ACCUMULATE AND THE FLOOR IS ALSO UNTREATED OR UNPAINTED CONCRETE IN SOME PLACES. THE JAIL HIRES A "PROFESSIONAL" CLEANING COMPANY THAT COMES AND CLEANS REGULARLY BUT THEY DO NOT DO A THOROUGH CLEANING AS THEY WILL MOP OVER AREAS WITH CAKED ON FILTH OR DIRT BUT NOT SCRUB THESE AREAS CLEAN. THERE ARE PORTIONS OF THE POD THAT ARE SO CAKED IN GRIME/FILTH ALONG THE WALLS THAT I CAN LITERALLY SCRUB WORDS/LETTERS IN THEM WITH A TOOTH BRUSH THAT SHOW THE COLOR OF THE PAINTED FLOOR SURROUNDED BY THE BLACK CAKED ON GRIME SURROUNDING IT. ANOTHER HAZARDOUS CONDITION OF THIS POD IS IT IS INFESTED WITH PESTS SUCH AS COCKROACHES. NUMEROUS TIMES AT NIGHT COCKROACHES COME OUT OF THE FLOOR DRAINS IN THE POD AND INTO MY CELL FROM UNDER THE DOOR OR CRACKS IN THE DOOR. THIS HAPPENED SO

DEVIN SHAFFER
PLAINTIFF
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

FREQUENTLY I WOULD HAVE TO COVER OR SEAL THE DOOR AND UNDER IT. ON OR AROUND 9/20/24 DURING MY PROGRAM TIME I DECIDED TO POUR SOAP/WATER INTO THE FLOOR DRAINS OR COVER THEM TO TRY TO IMPROVE THE SMELL OF THE POD. SHORTLY AFTER DOING THIS A PLETHORA OF COCKROACHES OF ALL SIZES, MINI BABY COCKROACHES TO MID SIZE TO LARGE ONES ALL CAME CRAWLING OUT OF THE DRAINS, THERE WAS AT THE VERY LEAST 50 IN TOTAL, I NOTIFIED THE DEPUTY ON DUTY "JHONSON" AS IT STATES IN THE RULE BOOK TO NOTIFY JAIL STAFF IMEDIATELY IF YOU FIND BUGS OR OTHER PESTS BUT HE DID NOT SEEM TO BELIEVE ME OR CARE. BECAUSE OF THESE HAZARDOUS CONDITIONS TO MY HEALTH AND WELLBEING WITH ADDITIONAL HARSH TREATMENT/DISREGARD FROM JAIL STAFF I HAD GREATLY SUFFERED PHYSICALLY AND EMOTIONALLY. ESPECIALLY AFTER TAKING MEASURES TO REPORT AND SOLVE THESE CONDITIONS TO STAFF ONLY TO BE DISREGARDED OR NOT TAKEN SERIOUSLY WAS ADDITIONALLY DAMAGING. I BECAME SEVERELY DISTRAUGHT AND DISTRESSED AND BEGAN TO QUESTION MY EXISTANCE AND WHAT I DID TO DESERVE THIS TYPE OF PUNISHMENT IN THESE DEPLORABLE CONDITIONS. FROM INTENTIONAL INJURIES FROM DEPUTIES TO DISREGARD FROM MEDICAL ABOUT MY HEALTH CONDITIONS, THE HAZARDS OF THE POD IN AD. SEG. GREATLY ADDED TO MY SUFFERING THAT WAS NOT NECESSARY AND VIOLATED MY CONSTITUTIONAL RIGHTS. FROM SUFFERING PHYSICALLY FROM PAIN, TO FINDING BABY COCKROACHES CRAWLING ON MY BELONGINGS, THE CONDITIONS OF THE POD CAUSED UNWARRANTED SUFFERING.

DEVIN SHAFFER
PLAINTIFF
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

30. WHILE BEING HOUSED IN AD. SEG. I ALSO FELT I WAS BEING DISCRIMINATED AGAINST BY MEDICAL STAFF WHO SEEMED TO BE INDIFFERENT TO MY MEDICAL CONCERNS OR NEEDS. I'M NOT SURE WHAT THE REASON FOR THE DISCRIMINATION OR INDIFFERENCE WAS, BUT NOTED THAT ALL OF THE MEDICAL STAFF WAS OF A DIFFERENT ETHNICITY THAN ME AS I AM CAUCASION AND THEY WERE NOT. I WAS SUFFERING GREATLY FROM EAR/JAW/HEAD PAIN ON THE RIGHT SIDE OF MY HEAD WHICH HAS BEEN AN ON GOING PROBLEM FOR YEARS, BEING IN JAIL AND THE NASTY UNSANITARY CONDITIONS SEEMED TO MAKE THIS SUFFERING EXTREMELY WORSE. ONE NIGHT I NOTIFIED A DEPUTY I WAS IN EXTREME PAIN, A NURSE "MARILEN BAGUNAS" CAME TO ASSES ME, SHE FIRST WANTED TO TAKE MY TEMPERATURE, BECAUSE MY EAR WAS RED AND HOT, WHICH FELT ALOT HOTTER THAN MY FOREHEAD, I ASKED HER NICELY IF SHE COULD TAKE THE TEMPERATURE OF MY EAR AS IT WAS NOTICEABLY ALOT HOTTER THAN MY OTHER EAR AND EVEN MY FOREHEAD AND IN PAIN. SHE THEN STATED "WE DONT DO THAT", AS IF IT WAS AGAINST A POLICY OR SHE WAS NOT ALLOWED TO DO IT WHICH GOES AGAINST MY RIGHT TO AUTONOMY IN CHOOSING MY OWN METHOD OF HEALTH CARE DIAGNOSIS AND BENEFICENCE, AND VIOLATED PROVISION 2 OF THE NURSING CODE OF ETHICS "THE NURSES PRIMARY COMMITMENT IS TO THE PATIENT" AND PROVISION 4 "THE NURSE MAKES DECISIONS AND TAKES ACTION CONSISTENT WITH THE OBLIGATION TO PROMOTE HEALTH AND PROVIDE OPTIMAL CARE". I BECAME UPSET AS I WAS IN PAIN, AND THAT SHE COULD NOT DO THIS SIMPLE REQUEST FOR ME AS I FELT SHE WAS PURPOUSLEY NOT EVALUATING MY EAR TO DISPROVE THAT I NEEDED MEDICAL ATTENTION. MY GETTING UPSET CAUSED HER TO LEAVE WITHOUT FULLY EVALUATING ME WHICH IS ADDITIONAL PROOF OF HER

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

NOT REALLY CARING OR WANTING TO HELP. ON 9/8/24 AFTER I FILLED OUT A WHITE CARD FOR MY EAR, THE SAME NURSE "MARILEN BAGUNAS" CAME TO ASESS ME AGAIN. WHEN SHE CAME SHE DID NOT BRING WITH HER THE PROPER EQUIPMENT TO LOOK INTO MY EAR (THE SANITARY DISPOSABLE CAP THAT GOES ON THE END OF THE INSTRUMENT) THE INSTRUMENT ALSO HAD A SHARP ROUGH BENT METAL END ON IT WITHOUT THE CAP. I ASKED HER VERY NICELY IF SHE COULD GET A CAP OR WAIT FOR SOMEONE TO BRING ONE UP AND EXPLAINED HOW I DONT WANT TO REFUSE GETTING MY EAR CHECKED, AS I DO NOT WANT TO HAVE TO FILL OUT ANOTHER WHITE CARD AND WAIT, BUT ALSO HOW I WAS RELUCTANT TO STICK THE ROUGH BENT METAL END WITHOUT A SANITARY CAP INTO MY EAR THAT WAS IN PAIN. SHE THEN LEFT AND DEPUTY JHONSON TOLD ME SHE WAS COMING BACK LATER WHICH SHE NEVER DID, IN HER REPORT VIA MY MEDICAL FILE SHE STATED I WAS BEING "HOSTILE" IN MY WHITE CARD EVALUATION WHICH WAS VERY UNTRUE, IT ALSO SAID I WAS REFFERED TO "FILL OUT ANOTHER WHITE CARD" AS WELL WHICH WAS ADDITIONALLY UNTRUE AND PROLONGED THE TIME I SUFFERED WAITING TO RECIEVE TREATMENT FOR MY EAR. THE NEXT MORNING ON 9/9/24 I WOKE UP IN AGONIZING 10/10 PAIN AND WENT BACK TO SLEEP BECAUSE OF THE PAIN. I REAWOKE AT 9:00AM WHICH IS AROUND THE TIME PILL CALL COMES TO FIND OUT I HAD BEEN "SKIPPED" WHEN THEY USUALLY ALWAYS ANNOYINGLY AND VERY LOUDLY TRY TO WAKE ME UP FOR PILL CALL, WHICH IF THEY DID I WOULD HAVE TAKEN MY PRESCRIBED IBUPROFEN FOR MY AGONIZING PAIN. I LATER RECIEVED A WHITE CARD

Devin Shaffer
Plaintiff,
V.
Santa Clara County Sheriff's Office, et al.,
Defendants

In the United States District Court
Northern District of California

# Original Complaint 42 U.S.C. 1983

RESPONSE FROM MARILEN BAGUNAS STATING I COULD NOT BE ASSESED AND INSTRUCTING TO FILL OUT ANOTHER WHITE CARD, SO I DID, THIS TIME REQUESTING THE PROPER EQUIPMENT AS WELL, WHICH IS SAD I EVEN HAVE TO ADVOCATE FOR THE PROPER SANITATION PROTOCOLS OR STANDARDS IN RECIEVING MY OWN HEALTH CARE. THE NEXT DAY ON 9/10/24 "DULAY HEINRICH", A NURSE, CAME TO ASSES MY EAR THIS TIME. PRIOR TO HIM ASSESSING ME I WITNESSED HIM DRAW ANOTHER INMATES BLOOD AND FAIL TO CHANGE HIS GLOVES OR SANITIZE THEM BEFORE ASSESING ME. HE BROUGHT A DISPOSABLE CAP THIS TIME AS I REQUESTED, BUT SEEMINGLY INTENTIONALLY DROPPED IT ON THE GROUND MORE THAN ONCE BEFORE TRYING TO PUT IT IN MY EAR. THERE WAS ALSO SOME UNKNOWN SUBSTANCE IT LOOKED LIKE ON THE TIP OF THE CAP WHICH I WAS NOT SURE IF IT WAS ALREADY THERE OR FROM HIM DROPING IT. BECAUSE OF HIM DROPING THE CAP AND NOT CLEANING IT, OR HIS HANDS, I WAS VERY RELUCTANT TO LET HIM STICK IT IN MY EAR, BUT DID NOT WANT TO WAIT EVEN LONGER TO BE ASSESED. I ASKED HIM NICELY IF HE COULD LOOK CAREFULLY WITHOUT TOUCHING THE INSIDE OF MY EAR BECAUSE OF THE DROPED CAP. HE COMPLAINED HE COULD NOT SEE AND TOUCHED THE INSIDE OF MY EAR ANYWAYS. IM NOT SURE IF IT WAS BECAUSE OF THE SUBSTANCE ON THE END OF THE CAP BUT MY EAR NOTICEABLY WAS MORE IRRITATED AFTER HE TOUCHED IT. HE SAID IT LOOKED "NORMAL" AND THAT "THERE WAS NO EARWAX" EVEN THOUGH AFTERWARD I WAS ABLE TO STICK

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

MY SEMILONG FINGERNAIL INTO MY EAR AND SPOON OUT GLOBS OF LIQUIDY EARWAX THREE TIMES IN A ROW AS LATELY CLEAR FLUID HAD BEEN LEAKING FROM MY RIGHT EAR WHICH WAS VERY CONCERNING FOR ME. I STATED "THAT CANT BE NORMAL" WHICH HE IGNORED AND DID NOT AKNOWLEDGE OR COMMENT ON. I FELT THAT HE WAS BEING INDIFFERENT TO MY MEDICAL NEEDS AND I WAS BEING DISCRIMINATED AGAINST BECAUSE OF THIS. ON THE WHITECARD RESPONSE I GOT BACK FROM THIS ASSESSMENT IT STATED I WAS ORDERED EAR DROPS ON 9/8/24 WHICH DID NOT MAKE SENSE AS THIS WAS TWO DAYS PRIOR AND I HAD NOT RECIEVED ANY. I WAITED DAY AFTER DAY AND KEPT ASKING PILL CALL BUT THE EAR DROPS "NEVER CAME" OR "THEY DIDNT HAVE IT" DESPITE IT BEING SAID IT WAS ORDERED IN MY MEDICAL RECORD. ON 9/14/24 AT 5:00 PM A NURSE, "KATHERINE AGUINALDO" CAME TO ASSES MY EAR SINCE I WAS STILL IN PAIN AND STILL HAD NOT RECIEVED THE "ORDERED" EARDROPS. THIS TIME BEFORE SHE LOOKED INTO MY EAR, I TOOK TOILET PAPER AND STUCK SOME INSIDE MY EAR AND IT CAME OUT COVERED IN EARWAX AND FLUID. AFTER SHE LOOKED INTO MY EAR SHE DENIED SEEING ANYTHING SO I AGAIN SCOOPED OUT EARWAX AND THE CLEAR FLUID WITH MY FINGER NAIL AND ASKED HER WHAT IT WAS AND SHE DENIED IT BEING EARWAX TO MY FACE, WHICH I BELIEVE WAS NOT ONLY BEING INDIFFERENT/ DISCRIMINATIVE BY DENYING IT BUT ALSO SEEMINGLY TRYING TO PROCURE A NEGATIVE REACTION OUT OF ME. SHE WAS STUTTERING AND LYING ABOUT IT NOT BEING EARWAX IN A MAD OR ANGRY TONE BY RAISING HER VOICE AND TALKING

DEVIN S[illegible]
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

OVER ME BY INTERUPTING ME AND TOLD ME "I NEED TO SEE A DOCTOR", BUT IN THE SENSE THAT IM CRAZY AND NOT FOR MY EARS. THIS FELT LIKE A PATERN OF BLATANT INDIFFERENCE TO MY MEDICAL NEEDS AND SYMPTOMS AND IN A WAY THAT WAS DISCRIMINATIVE AS THESE THREE DIFFERENT INDIVIDUALS ALL SEEMED TO TREAT ME IN A SIMILAR MANNER THAT WAS BIASED TO MY NEEDS AS AN INDIVIDUAL VS. THE LEVEL OF CARE I WITNESSED OTHER INMATES RECIEVING. FOR EXAMPLE I HAD BEEN SUFFERING FROM A PAINFULL CAVITY AND WAS OFFERED NO ANTIBIOTIC OR STRONG PAIN MEDICATION EVEN UPON REQUEST FROM THE DENTIST. SHORTLY AFTER I WITNESSED AN INMATE IN AD. SEG. RECIEVE A STRONG OPIOD PAIN MEDICATION FOR HIS TOOTH WITHOUT EVEN HAVING TO SEE THE DENTIST. IT SEEMS ALL OF THE MEDICAL STAFF WAS NOT ONLY INDIFFERENT BUT ALSO DISCRIMINATIVE WHICH DID NOT JUST CAUSE PHYSICAL SUFFERING BUT AFTER WITNESSING UNEQUAL TREATMENT GREATLY HURT ME PSYCHOLOGICALLY AS WELL AND VIOLATED MY PATIENTS RIGHTS TO "JUSTICE" WHICH STATES "JUSTICE IS THE PRINCIPLE RELATING TO CLIENTS FAIR AND EQUITABLE TREATMENT. EACH INDIVIDUAL SHOULD BE TREATED APPROPRIATLY AND EQUALY. THEY SHOULD BE ALLOWED TO ACCESS THE SAME TREATMENT AND HEALTH CARE RESOURCES WITHOUT PREJUDICE OR SOCIAL DISCRIMINATION."

31. DURING THIS CURRENT INCARCERATION, AND PREVIOUS ONES, REPEATEDLY I FEEL I HAVE BEEN DISCRIMINATED AGAINST AT BOTH THE HANDS OF DEPUTIES AND INMATES IN REGARDS TO THE FOOD SERVED TO ME AND THE QUALITY OF MY MEALS. I HAVE BEEN SERVED OPEN

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

ADULTERATED FOOD TRAYS NUMEROUS TIMES THAT HAVE HAD GREAT ADVERSE NEGATIVE SIDE EFFECTS ON MY HEALTH BY GIVING ME RASHES ALMOST INSTANTLY AFTER EATING THEM, EXTREME HEADACHES, DIARIAH, AND NAUSEA. SOMETIMES IVE EXPERIENCED SEVERE HEADACHES JUST FROM THE SMELL OF THE FOOD WITHOUT EVEN HAVING TO OPEN THE TRAY OR EAT IT. THE SUBJECT OF THE QUALITY OF THE FOOD IVE RECIEVED IS THE MOST GRIEVANCED CONDITION OF MY CONFINEMENT AS I HAVE GRIEVED OVER THE SUBJECT NUMEROUS TIMES AFTER FILING AND APPEALING GRIEVANCES AND IT CONTINUES TO HAPPEN. ALTHOUGH AT TIMES ITS BEEN A CONSTANT REOCCURING EVENT, I WILL PROVIDE A COUPLE SPECIFIC INSTANCES WHERE IT WAS OBVIOUS TO ME I RECIEVED ADULTERATED FOOD. ON 9/17/24 DEPUTY JHONSON SERVED ME AN OPEN DINNER TRAY. I THOUGHT NOTHING OF IT AND AFTER EATING IT I NOTICEABLY DIDNT FEEL GOOD, MY STOMACH WAS UPSET AND I GOT A HEADACHE. I INFORMED HIM THAT THE TRAY I RECIEVED WAS OPEN, I ATE IT, AND NOW FEEL ILL. IN RETURN, DEPUTY JHONSON REPLIED IN A SUPRIZED TONE AND QUESTIONED ME BY SAYING "YOU ATE THAT?!" AS IF IMPLYING SOMETHING WAS WRONG WITH IT. I REPLIED BY SAYING "WHAT ELSE IS IT FOR ITS FOOD". I DID NOT FEEL GOOD AT ALL AND INDUCED MYSELF TO VOMIT TO MAKE MYSELF FEEL BETTER, THIS LEFT A VERY NASTY SLIMEY CONCERNING BODY FLUID TASTE IN MY MOUTH. I WAS GREATLY UPSET AFTER DEPUTY JHONSONS QUESTIONING AND HIS TONE ESPECIALLY AFTER THE WAY THE FOOD MADE ME FEEL. WHEN PILL CALL CAME AROUND I NOTIFIED THE NURSE "ANNA" OF WHAT HAD HAPPENED ASKED TO BE TESTED FOR

DEVIN S[illegible]
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

A "P.R.E.A." INCIDENT AS IT TASTED LIKE BODILY FLUID. THE NURSE ACTED AS IF IT WAS A JOKE AND DID NOT TAKE IT SERIOUSLY AS SHE DID NOTHING ABOUT IT. AFTER MY DENTIST APPOINTMENT ON 9/6/24 MY BREAKFAST TRAYS NOTICEABLY STARTED COMING OPEN AND HAVING VERY STRONG OFFENSIVE ODORS LIKE A FISHY SMELL SUCH AS SALMONELLA OR BACTERIA FROM DEPUTIES OERTLE AND BALADAD. WHEN VOICING MY COMPLAINT ABOUT THESE INCIDENTS TO THESE DEPUTIES AND REQUESTING THAT THEY CALL THE KITCHEN FOR A NEW UNOPEN TRAY, THEY RESPONDED BY SAYING "WE DONT DO THAT" WHEN IN FACT THAT IS A DIRECT RESPONSE FOR INSTRUCTIONS ON WHAT TO DO IF THIS HAPPENS FROM A GRIEVANCE RESPONSE ON THE ISSUE. ON 5/16/25 AND 5/17/25 I WAS SERVED NOTICEABLY OPEN TRAYS BY DOE INMATE TRUSTEES IN POD 7C AND BROKE OUT IN EXTREMELY ITCHY RASHES AFTERWARDS. FOR A WHILE, WHILE HOUSED IN POD 4A2 THE DEPUTIES SERVING MY FOOD WERE SERVING ME TRAYS AT DINNER THAT WERE EXTREMELY UNPLEASANT SMELLING AND OPEN, THEY WERE SO UNPLEASANT I WOULD REFUSE EVEN TAKING THEM AS JUST THE SMELL OF THEM IN MY CELL GAVE ME AN EXTREME HEADACHE. ON 6/25/25 DEPUTY AVISODORIO TRIED TO GIVE ME MY DINNER TRAY, I TOLD HIM I DIDNT WANT IT AND TOOK MY MILK, BREAD, AND FRUIT, HE SEEMED TO GET UPSET I WOULDNT TAKE IT AND ASKED WHY NOT IN AN ANGRY ANNOYED TONE. THIS MUST HAVE UPSET HIM AS WELL AS AFTER I SAID THIS HE SLAMMED MY TRAYSLOT CLOSED SUPER VIOLENTLY, LOUD, AND HARD. THE NEXT DAY ON 6/26/25 THE SAME DEPUTY "AVISODORIO"

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

OPENED MY TRAY SLOT AND VIOLENTLY THREW THE HOT TRAY INTO MY CELL BEFORE I COULD EVEN GET UP TO ACCEPT OR REFUSE IT, HE THEN SLAMMED MY TRAY SLOT CLOSED VERY HARD AND LOUD AGAIN. THE HOT TRAY SPLATTERED ALL OVER MY CELL AND SMELLED EXTREMELY BAD, EVEN WORSE THAN MY TOILET THAT I EMPTIED THE TRAY INTO. ALL OF THESE ARE JUST A COUPLE OF TIMES OUT OF THE CONSISTENT RATE IVE BEEN SERVED OPEN ADULTERATED HOT TRAYS.

32. DURING THIS INCARCERATION AND PREVIOUS ONES I HAVE BEEN INVOLVED IN, OR MOREOVER THE VICTIM OF NUMEROUS INCIDENTS INVOLVING OTHER INMATES OR DEPUTIES THAT SEEM TO BE INEVITABLE WHEN SPECIFICALLY HOUSED ON THE 7TH FLOOR OF THE MAIN JAIL. THERE HAS VERY RARELY NOT BEEN ONE INCARCERATION WHERE IVE BEEN HOUSED THERE AND NOT BEEN THE VICTIM OF AN ATTACK, INCIDENT, OR FIGHT. WHATS WORSE IS IVE BEEN THE VICTIM OF POLITICS OR OTHER INMATES AND HAVE BEEN CLASSIFIED AS A "J-CAT" WHICH IS A DEROGATORY TERM USED TO DESCRIBE A "MENTALLY ILL INMATE" BY INMATES AND GAURDS, WHICH CARRIES ALOT OF STIGMA, MISSTREATMENT, AND PREJUDICE IN CUSTODY. BECAUSE OF THIS CLASSIFICATION I HAVE BEEN BULLIED, TEASED OR HAVE BEEN MESSED WITH PERSONALLY OR HAD MY THINGS MESSED WITH BY GAURDS OR INMATES. ANYTIME I REPORT MY STUFF STOLEN OR MESSED WITH, IT IS NOT TAKEN SERIOUSLY BY STAFF OR INVESTIGATED. FOR INSTANCE ON OR AROUND 01/10/24 I WAS BEING REHOUSED TO THE 7TH FLOOR AFTER AN

DEVIN SH[illegible]
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

INCIDENT I WAS INVOLVED IN ON THE 6TH FLOOR WHERE I WAS NOT THE MAIN AGGRESSOR, I EXPRESSED MY CONCERNS AND FEARS RELATED TO MY SAFTEY TO DEPUTIES AS THE 7TH FLOOR IS JUST AS BAD IF NOT WORSE THAN WHERE I WAS JUST HOUSED AND INVOLVED IN AN INCIDENT, BUT WAS STILL MOVED ANYWAYS. SHORTLY AFTER ON OR AROUND 01/12/24 I WAS ATTACKED BY MULTIPLE INMATES, DURING THE INCIDENT I SUSTAINED A LACERATION SOMEHOW THAT REQUIRED LIQUID STUTURES, I BELIEVE I WAS HIT WITH A HARD OBJECT AND REPORTED THIS YET IT WAS NEVER INVESTIGATED, ALSO WHEN ATTEMPTING TO REQUEST THE INCIDENT REPORT NUMBER VIA CALIFORNIA PUBLIC RECORDS REQUEST, IN THE RESPONSE I WAS TOLD IT DOES NOT EXIST, YET, MY MEDICAL RECORDS SHOW OTHERWISE. A COUPLE DEPUTIES I REMEMBER VOICING MY CONCERNS TO BEFORE BEING MOVED TO THE 7TH FLOOR ON OR AROUND 01/10/24 WERE DEPUTIES ROJAS AND CABRERA. ON 10/03/24 I TALKED TO A CLASSIFICATION DEPUTY "PALAYO" ABOUT MY REHOUSAL OPTIONS WHILE IN THE AD. SEG. UNIT AND EXPLAINED MY ISSUES AND CONCERNS WITH THE 7TH FLOOR AND HE TOLD ME ID PROBLY BE HOUSED ON THE 4TH OR 5TH FLOOR WHICH IS A BETTER/SAFER ENVIORNMENT FOR ME. ON OR AROUND 10/07/24 A DIFFERENT CLASSIFICATION DEPUTY "DOWNING" CAME TO TALK TO ME AND TOLD ME IM PROBABLY GOING TO BE HOUSED ON THE 7TH FLOOR DESPITE WHAT THE FIRST DEPUTY SAID. I AGAIN VOICED MY SAFTEY CONCERNS

DEVIN S[illegible]
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

NOT ONLY TO DEPUTY DOWNING BUT ALSO TO SERGEANTS AND DEPUTIES RESPONSIBLE FOR MOVING ME YET THIS HAD NO EFFECT OR DID NOT MATTER AND I WAS MOVED TO THE 7TH FLOOR. ON OR AROUND 11/01/24 I WAS ATTACKED BY AN INMATE FOR NO KNOWN REASON. BECAUSE OF REPEATED ATTACKS AND EFFECTS ON MY POST TRAUMATIC STRESS DISSORDER THAT I SUFFER FROM AFTER THAT LAST INCIDENT I HAD STOPED COMING OUT OF MY CELL WHEN HOUSED ON THE 7TH FLOOR DUE TO MY OWN P.T.S.D SEVERITY AND MY OWN SAFTEY AND PHYSICAL/MENTAL WELLBEING. I HAD ENDURED MONTHS LONG PERIODS OF NOT COMING OUT OF MY CELL ON THIS FLOOR WHILE TRYING TO MAINTAIN MY ACTIVITIES OF DAILY LIVING FROM WITHIN MY CELL IN REGARDS TO SELFCARE/HYGIENE. BECAUSE OF NOT COMING OUT OF MY CELL I GOT MIXED TREATMENT FROM BOTH GAURDS AND INMATES, WHILE TRYING NOT TO DRAW ATTENTION TO MYSELF IT SOMETIMES HAD THE OPPOSITE EFFECT, SOME DEPUTIES AND INMATES WERE RESPECTFULL AND ACCOMIDATING WHILE SOME INMATES AND GAURDS WERE ANTAGONIZING. WHILE SEEKING REFUGE FROM NOT LEAVING MY CELL, I STRONGLY ADVOCATED FOR MYSELF TO BE REHOUSED OR BETTER ACCOMIDATED TO RECIEVE ALL OF MY ENTITLEMENTS REGULARLY AND NOT RISK MY SAFTEY OR HAVE TO BE IN FEAR TO THE MENTAL HEALTH STAFF, CLASSIFICATION, SERGEANTS, AND DEPUTIES.

DEVIN S[illegible]
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

NUMEROUS TIMES I GRIEVANCED MY HOUSING CONDITIONS AND REQUESTED TO BE REHOUSED EVEN BACK TO AD. SEG. AS EVEN THOUGH THE SANITARY CONDITIONS WERE BAD ID RATHER BE HOUSED THERE THAN RISK MY SAFTEY, AND ALSO HAVE THE RIGHT TO SHOWER AND RECIEVE FULL ENTITLEMENTS REGULARLY SUCH AS PILL CALL, PHONE TIME, TABLET USAGE, AND CLOTHING EXCHANGE INSTEAD OF SUBJECTIVELY AND IRREGULARLY RECIEVING THESE ENTITLEMENTS FROM ACCOMIDATING DEPUTIES. UNDER TITLE 15 1053(c)(5) AND 1053(e) I CITED THESE PROVISIONS IN MY REQUESTS WHICH STATE THE FOLLOWING. 1053(c)(5): ADMINISTRATIVE SEPERATION MAY BE USED FOR INCARCERATED PEOPLE WHO HAVE A DEMONSTRATED NEED FOR PROTECTION FROM OTHER INCARCERATED PEOPLE. 1053(e) A DOCUMENTED INDIVIDUALIZED ONGOING REVIEW AND EVALUATION OF THE NEED TO CONTINUE PLACEMENT IN ADMINISTRATIVE SEPERATION. BECAUSE I TRIED TO NUMEROUSLY WARN DEPUTIES ABOUT MY SAFTEY/EFFECTS OF BEING HOUSED ON THE 7TH FLOOR AND THE ONES RESPONSIBLE FOR MOVING ME MORE THAN LIKELY SHOULD HAVE BEEN AWARE OF THE PREVIOUS INCIDENTS AND SHOULD HAVE ABATED THAT RISK, I ALMOST FEEL ME BEING HOUSED TO THE 7TH FLOOR WAS NOT JUST A RECKLESS REGARD TO MY SAFTEY OR WELL BEING BUT WAS ALSO PUNITIVE IN A SENSE. I STRONGLY FEEL THIS WOULD CONSTITUTE A FAILURE TO PROTECT CLAIM,

DEVIN SHAEFER,
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ETAL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

33. IN BETWEEN THE DATES OF 10/10/24 - 11/05/24 AND 02/14/25 - 05/08/25 THREE TIMES I WAS HOUSED ON THE 8TH FLOOR IN BOTH 8A AND 8C. MODULE 8A IS THE ACUTE PSYCHIATRIC UNIT AND MODULE 8C IS THE SPECIAL MANAGEMENT UNIT. LIKE THE ADMINISTRATIVE SEGREGATION UNIT WHICH IS IN MODULE 4B (AND MENTIONED IN PARAGRAPH "29" IN THIS COMPLAINT), MODULES 8A AND 8C SEEMED TO VIOLATE THE FACILITIES GUIDELINES ON SANITATION OR CLEANLINESS. WHEN FIRST ENTERING THESE MODULES THERE IS A HARSH STRONG SCENT OF URINE AND FECES AND ROTTEN BACTERIA UNCLEANLINESS THAT ALMOST HAS A BURNING SCENT TO IT THAT IS VERY VERY MALODOROUS. TO DESCRIBE THE SMELL I WOULD COMPARE IT TO A VERY UNCLEAN PUBLIC RESTROOM OR A VERY UNCLEAN PET STORE, ONLY, THE SCENT WAS AMPLIFIED LIKE THE CASE OF A DANGEROUS OR UNSAFE CAT HORDERS HOUSE WITH ELEVATED LEVELS OF AMMONIA. MOST OF ALL THE CELLS WERE VERY UNCLEAN OR UNSANITARY WITH FOOD OR OLD NASTY RESIDUES RANDOMLY ON THE FLOORS, WALLS, DESKS OR BUNKS AS WELL AS FECES AND URINE IN SOME CELLS. THERE WERE ALSO A LARGE PRESSENCE OF BLACK FLYS, SO MANY THAT IN 8A THEY LITTERALLY HAD BUG ZAPPERS HUNG ON THE WALLS. IN A CELL THEY PUT ME IN ON 10/10/24 THERE WERE AT THE VERY LEAST OVER 50 OF THESE FLYS IN THE CELL, THEY WOULD NOT MOVE ME TO A CLEANER CELL UPON REQUEST

DEVIN S[illegible]
PLAINTIFF
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

SO I TOOK MY SANDAL AND STARTED SWATTING THE FLIES WHEN THEY LANDED ON THE WALL. SOME WOULD LEAVE SMEARS OF HUMAN RED BLOOD AFTER SWATTING THEM WHICH INDICATED THEY WERE BITING INMATES. ALL OF THE TOILETS IN THE CELLS I WAS IN HAD VERY NASTY BROWN/YELLOW/GREEN RESIDUE INSIDE THE BOWL THAT WAS CAKED ON. THEY LOOKED AS IF THEY HADNT BEEN CLEANED IN YEARS. THE RESIDUE WAS LITTERALLY ROCK HARD AND STUCK TO THE INSIDE OF THE TOILET. I ATTEMPTED TO CLEAN IT WITH CLEANING SUPPLIES SUCH AS DISENFECTANT, SOAP, AND A ROUGH SCRUB PAD BUT THE RESIDUE WAS SOLID ROCK HARD AND FRACTIONS OF AN INCH, AT LEAST 1/8, THICK. I TRIED TO USE A HARD PLASTIC SPORK TO TRY TO SCRAPE OFF THE RESIDUE BUT IT DIDNT EVEN PUT A DENT INTO IT. I THEN TRIED TO USE A PEICE OF CONCRETE ROCK THAT WAS DISLOGED FROM A CRACK IN THE WALL, EVEN THE ROCK DID NOT SCRAPE THE SOLID ROCK HARD FECES/URINE RESIDUE OFF OF THE TOILET BOWL. IT LITERALLY TOOK ME OVER AN HOUR TO CLEAN AND SCRUB EVERY SURFACE OF THE BUNK, DESK, AND FLOOR BEFORE BEING ABLE TO SET UP MY BEDDING AND BELONGINGS IN THE CELL DUE TO ALL THE FOOD AND RESIDUE THAT MADE THE CELL SUPER UNSANITARY AND UNCLEAN. ALOT OF OTHER CELLS WERE SIMILAR TO THE ONE I WAS IN IN REGARDS TO THE TOILETS AND GRIME/RESIDUE AND FOOD PARTICLES EVERYWHERE. SOME INMATES WOULD NOT GET RID OF THIER TRASH, OR FLUSH THIER TOILETS, OR EVEN URINATE ON THE

DEVIN SHAEFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

FLOOR. THERE WERE CELLS WITH FECES SMEARED INSIDE OR ALL OVER AND WERE NOT SANITIZED OR CLEANSED WHICH ADDED TO THE SMELL OF THE POD. WHILE BEING HOUSED IN THESE MODULES IT HAD A VERY NEGATIVE ADVERSE EFFECT ON MY HEALTH AND WELL BEING, ESPECIALLY THE SMELL OF THE TOILET IN MY CELL AS IT WAS NOT POSSIBLE TO CLEAN IT. I ALSO HAD TO CLEAN THE CELL WITH A POSSIBLE BROKEN FINGER THAT WAS INFECTED WHEN THE CELL SHOULD NOT HAVE BEEN IN THAT CONDITION IN THE FIRST PLACE BEFORE PLACING ME IN THERE.

34. DURING THIS CURRENT INCARCERATION AND PREVIOUS ONES IVE EXPERIENCED MANY INSTANCES OF DISCRIMINATION AT THE HANDS OF BOTH INMATES AND DEPUTIES WHEN IT COMES TO THE DISTRIBUTION AND USE OF INMATE TABLETS. EVERY INMATE HAS THE RIGHT TO ACESS THE PRIVLEDGE OF A TABLET UNLESS UNDER DISCIPLIN. IN CERTAIN MODULES OR AREAS OF THE JAIL THE DEPUTIES WOULD LET THE INMATES CONTROL THE DISTRIBUTION OF THE TABLETS WHERE POLITICS AND FAVORISM WAS A MAJOR FACTOR OF WHO DID AND DID NOT GET A TABLET THAT VIOLATED INMATES RIGHTS TO RECIEVE A TABLET. SOME DEPUTIES ALLOWED OTHER INMATES TO CONTROL THIS WHILE SOME DID NOT. MOSTLY ON THE 7TH FLOOR THIS WOULD HAPPEN AND DEPUTIES WOULD LET OTHER INMATES CONTROL THE TABLETS. MANY TIMES WHILE ON THE 7TH FLOOR, IF I EVEN GOT A TABLET AT ALL,

DEVIN SH[illegible]
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

MY TABLET WAS STOLEN OR TAKEN WHEN NEW INMATES CAME TO THE POD, OR WAS REPLACED WITH SOMEONES BROKEN ONE. WHEN VOICING THIS COMPLAINT TO DEPUTIES NOT MANY CARED OR DID ANYTHING TO FIX THIS ISSUE. ON 05/11/25 I WAS HOUSED IN 7C, I HAD TROUBLE RECIEVING AN INMATE TABLET. I HAD ASKED DEPUTY OSORIO FOR ONE AND HE TOLD ME I SHOULD ASK THE TRUSTEES. I ASKED THE TRUSTEES BUT STILL DID NOT RECIEVE A TABLET NOR DID THEY WANT TO GIVE ME ONE. I EXPLAINED TO DEPUTY OSORIO I HAD ASKED THE TRUSTEES BUT DID NOT GET A TABLET. I AGAIN ASKED HIM IF MAYBE HE COULD GET ME ONE AS IT WAS "HIS" DORM THAT HE WAS WORKING IN AND HE TOLD ME "ITS NOT UP TO HIM, ITS UP TO THE TRUSTEES." THIS DID NOT SEEM TO BE TRUE AS IN ANYWHERE ELSE IN THE JAIL IN DIFFERENT MODULES ON DIFFERENT FLOORS DEPUTIES USUALLY ADMINISTER AND KEEP TRACK OF TABLETS, WHICH IS HOW I GOT A TABLET IN OTHER PARTS OF THE JAIL. ADDITIONALLY LETTING INMATES DICTATE THE TABLET DISTRIBUTION POLICY IS, AND SHOULD BE AGAINST THE LAW FOR DEPUTIES TO DO AS IN PENAL CODE 4019.5 IT STATES DEPUTIES SHOULD NOT ALLOW OTHER INMATES TO HOLD AUTHORITY OR POWER OVER OTHER INMATES IN ANY FORM OF DISCIPLIN, AND INMATES CHOOSING WHO DOES AND DOES NOT RECIEVE A TABLET RELATED TO POLITICS OR FAVORTISM SHOULD AMOUNT TO A FORM OF PUNISHMENT IF INMATES ARE CONTROLLING OTHER INMATES PRIVLEDGES OR ENTITLEMENTS. A SHORT WHILE AFTER ASKING OSORIO, ON A DIFFERENT SHIFT, A DEPUTY GOT ME A TABLET TO USE. I HAD

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

IT FOR LESS THAN A WEEK WHEN ON 05/20/25 IT GOT TAKEN OR WENT MISSING ON THE SHIFT I HAD TROUBLE GETTING ONE ON FROM THE SAME DEPUTY WHO WOULD NOT FIND ME ONE, OSORIO'S. ON 05/28/25 MORE THAN TWO INMATES HAD BEEN REHOUSED AND LEFT THE DORM WHO HAD TABLETS. WHEN REQUESTING A TABLET FROM DEPUTIES OR TRUSTEES I STILL DID NOT RECIEVE ONE AND WAS TOLD THERE ARE NONE. ON 06/05/25 I HAD ASKED FOR A TABLET FOR OVER 3 WEEKS STRAIGHT AND TOLD THE SAME EXCUSSES OR LIES BY THE SAME DEPUTIES AND INMATES. FOR INSTANCE A DEPUTY I HAD ASKED THAT DAY AND MANY TIMES PRIOR, DEPUTY "BRESENYO" TOLD ME "I WILL GET IT DONE FORSURE." VERY SHORTLY AFTER HIM TELLING ME THIS THE WHOLE DORM WAS SEARCHED BY DEPUTIES, ALL THE INMATES WERE TAKEN OUT AND STAGED IN HOLDING TANKS OR WAITING ROOMS. MORE THAN LIKELY EXTRA TABLETS INMATES POSSESED WERE FOUND DURING THIS SEARCH. I ASKED DEPUTIES AFTER THIS SEARCH FOR ONE AND STILL DID NOT RECIEVE ANY AND WERE TOLD THERE ARE NONE.

35. ON THE DATE OF 02/15/25 I WAS HOUSED IN 8A THE "A.P.U." IN CELL 17. THE CELL NEXT TO MINE CELL 19'S SINK WAS STUCK ON AND RUNNING. AT ONE POINT A DEPUTY DID SOMETHING INSIDE THE WATER CLOSET AND AFTER LARGE AMOUNTS OF WATER STARTED TO LEAK INTO MY CELL FROM THE BOTTOM OF THE SINK/TOILET FIXTURE, I FELT THE "DOE" DEPUTY DID THIS ON

DEVIN S[...]
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

PURPOSE AS BEFORE HE ENTERED THE WATER CLOSET THE SINK WAS STUCK ON AND RUNNING FOR A LONG PERIOD OF TIME WITH NO LEAKS, BECAUSE OF THE LARGE AMOUNT OF WATER LEAKING INTO MY CELL, THE DEPUTIES TURNED OFF THE WATER WHICH WAS CONNECTED TO MY CELL AS WELL AND TURNED OFF MY SINK AND TOILET. BECAUSE OF THIS I HAD TO ASK A DEPUTY EVERYTIME I NEEDED WATER OR TO FLUSH MY TOILET INSTEAD OF THEM MOVING ME TO A CELL WITH NO PLUMBING ISSUES UPON REQUEST. SOME DEPUTIES DID NOT WISH TO HELP ME WITH THIS ISSUE AND WOULD IGNORE ME OR DENY MY REQUESTS WHEN ASKING IF I COULD PLEASE HAVE IT TURNED ON. THESE DEPUTIES WERE A DIFFERENT ETHNICITY THAN I, AS I AM CAUCASION AND THE ONES I WILL NAME WERE AFRICAN AMERICAN OR HISPANIC, ADDITIONALLY I HAD NOT GIVEN THEM ANY REASON TO NOT WANT TO ASSIST OR HELP ME WITH MY ISSUE IN ANYWAY AT ALL SUCH AS BY YELLING OR ASKING RUDELY OR MISSBEHAVING, WHICH MADE IT FEEL DISCRIMINATIVE. I HAD ASKED DEPUTY SANDERS WHO TOLD ME AFTER ASKING HIM ONLY ONE TIME AFTER EXPLAING THE SITUATION TO HIM SAY "I'M NOT PLAYING THIS GAME WITH YOU" AND NOT TURN IT ON FOR A SUBSTANCIAL AMOUNT OF TIME AFTER. I HAD ASKED DEPUTY ROTH WHO FIRST IGNORED ME MANY TIMES BEFORE THEN GIVING THE EXCUSE "I DONT KNOW HOW TO TURN IT ON" AND DID NOT EVEN ATTEMPT TO TRY AND TURN IT ON WHICH FELT AND SOUNDED MORE LIKE

AN EXCUSE AND AVOIDANCE THAN THE TRUTH. NEITHER DID SHE ASK ANYONE ELSE TO HELP TURN THE WATER ON FOR HER. EVEN THOUGH I WAS ASKING OR PLEADING VERY POLITELY AND USING MANNERS BY ASKING PLEASE, SHE LIKE DEPUTY SANDERS ACTED VERY ANNOYED I WAS EVEN ASKING AND DID NOTHING TO TRY TO SOLVE THE ISSUE BY MOVING ME BUT SHE INSTEAD PUNISHED ME FOR JUST ASKING BY COVERING MY CELL WINDOW SO I COULD NOT SEE THE T.V. OR ASK HER OR OTHER DEPUTIES. BECAUSE I WAS ON THE ACUTE PSYCHIATRIC UNIT FOR REPORTING I WAS FEELING SUICIDAL, THE WAY THESE DEPUTIES RESPONDED TO MY REQUEST FOR A BASIC ENTITLEMENT WAS VERY HARMING TO MY MOOD AND MENTALITY AND WAS SEEMINGLY INFLICTION OF PSYCHOLOGICAL ABUSE AS I DID NOTHING WRONG BUT WAS PUNISHED JUST FOR ASKING FOR A BASIC NEED. I WAS STUCK INSIDE THIS CELL WITH THE CONDITIONS LIKE THAT FOR 4 DAYS BEFORE BEING MOVED.

36. ON THE DATE OF 02/18/25 AT 5:30 PM RIGHT BEFORE SHIFT CHANGE I WAS REHOUSED FROM 8A TO 8C WHICH WAS VERY UNSANITARY (SEE PARAGRAPH 33) I WAS PUT INTO CELL 17 WHICH WAS DISGUSTING AND UNCLEAN AND I WAS FORCED TO CLEAN IT MYSELF. I WAS UNAWARE BEFORE ENTERING AND PUTTING MY BELONGINGS INSIDE BUT THE CELL HAD FECES ALL OVER IT.

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL COMPLAINT 42 U.S.C. 1983

I ASKED BOTH DEPUTIES DOUGHBAR AND CAMMARGA IF THERE WERE ANY OTHER CELLS AVAILABLE, THEY SAID NO, THEY TOLD ME I COULD CLEAN THE CELL AND GAVE ME A SPRAY BOTTLE BUT SAID I CAN ONLY CLEAN FOR TEN MINUTES AND THEN THEY WOULD NEED ALL THE BAGS MY STUFF WAS IN AND THE SPRAY BOTTLE BACK. I ASKED FOR A PAIR OF GLOVES AND DEPUTY CAMMARGA SAID "NO", I ASKED WHY NOT AND HE SAID "I DONT KNOW YOU". THEY THEN RUSHED ME TO GET THE BAGS BACK AND THE SPRAY BOTTLE AND I HAD TO EMPTY MY STUFF AND LET IT TOUCH THE NASTY UNCLEAN CELL, SOON AFTER I DISCOVERED FECES ON THE GROUND BY THE TOILET SOMEONE HAD STEPPED IN AND TRACKED ALL OVER THE GROUND, IT WAS ALSO ALL OVER THE MATTRESS AND DESK AS WELL. ON THE NEXT SHIFT I ASKED OFFICER "BAINS" FOR A NEW MATTRESS AND DISCOVERED THERE WAS ANOTHER OPEN CELL "43" AND CAMMARGA AND DOUGHBAR BOTH LIED AND MADE ME CLEAN A FECES COVERED CELL WITH NO GLOVES. THIS INCIDENT VIOLATES THE FACILITIES HEALTH AND SAFTEY POLICY WHICH STATES IN THE RULE BOOK INMATES ARE NOT TO CLEAN OTHERS MESSES OR BODILY FLUID.

37. SOMETIME IN APRIL 2025 I HAD REQUESTED TO BE TESTED FOR A DEVELOPMENTAL DISABILITY SUCH AS AUTISM OR A.D.D./A.D.H.D., I WAS VISITED AND TOLD BY "DR. BLOCH" WHO IS THE A.P.U.'S PSYCHOLOGIST, SAY "THEY DONT DO THIS, OR THE PERSON WHO DOES IT DOSENT WORK HERE ANYMORE".

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

I THEN WAITED TO ASK MY PSYCHIATRIST "DR. SALEEM" THE SAME QUESTION AND WAS TOLD THE SAME THING. I THEN WROTE A GRIEVANCE ABOUT THE ISSUE AS IN TITLE 15 IT STATES THIS TYPE OF TESTING SHOULD BE READILY AVAILABLE AND OFFERED AT THIS FACILITY UNDER TITLE 15 1207, 1208. I BELIEVE THE LACK OF THIS PROVISION WHICH WAS NOT BEING OFFERED UPON REQUEST BY THE FACILITY AND STAFF VIOLATED MY CONSTITUTIONAL RIGHTS TO THIS ENTITLEMENT WHICH IS STATED UNDER TITLE 15.

38. ON 05/08/2025 DR. BLOCH, THE SAME PERSON WHO TOLD ME THE FACILITY DOES NOT HAVE ANYONE TO TEST FOR DEVELOPMENTAL DISABILITIES CAME TO "TEST" ME FOR DEVELOPMENTAL DISABILITIES AFTER SUBMITTING A GRIEVANCE ABOUT THIS ISSUE. HE BROUGHT WITH HIM A "B.B.A.R.S." AND "R.A.A.D.S.-14" PRINTED OUT SCREENING TEST. AT FIRST HE STATED WE COULD DO THE TEST THERE AT MY CELL DOOR, HE THEN STARTED QUESTIONING ME ABOUT WHY I WANTED TO GET TESTED AND BEGAN TO SEEMINGLY TRY TO TALK ME OUT OF TAKING THE TEST BY SAYING THINGS LIKE "IT WONT HAVE ANY EFFECT ON YOUR CRIMINAL CASE" OR "YOU CANT GET MEDS PRESCRIBED FOR ANYTHING IN JAIL." AFTER MAKING THESE STATEMENTS HE THEN CHANGED HIS MIND ABOUT TESTING ME AT MY CELL DOOR AND SAID ID HAVE TO COME OUT OF MY CELL TO GET TESTED. THIS WAS A PROBLEM FOR ME AND I WAS NOT COMFORTABLE WITH AS I DO NOT ENJOY BEING SHACKLED OR TRANSPORTED BY

DEVIN S[illegible]
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

DEPUTIES AS IT GREATLY EFFECTS MY P.T.S.D. FROM PREVIOUS BOUTS OF BEING LEFT CHAINED UP SHACKLED TO THE FLOOR OR A BENCH IN HOLDING CELLS OR ROOMS FOR LONG PERIODS OF TIME AS IT IS EXTREMELY UNCOMFORTABLE MENTALY AND PHYSICALY. I ASKED HIM WHY WE COULD NOT DO THE TEST CELL SIDE AND HE STATED "BECAUSE OF CONFIDENTIALITY" WHICH IS A BLATANT LIE AS ALMOST ALL OF MY MENTAL HEALTH INTERVIEWS AND MEDICAL EXAMS HAVE BEEN CONDUCTED INFRONT OF DEPUTIES OR OTHER INMATES OR IVE WITNESSED THEM BEING DONE AT OTHER INMATES CELLS. ALSO ALL MEDICAL DOCTORS AND DENTAL APPOINTMENTS ARE DONE INFRONT OF DEPUTIES WHICH IS A HUGE BREECH OF CONFIDENTIALITY. I TOLD HIM I DIDNT MIND AT ALL AND I CONSENTED TO THE BREECH OF CONFIDENTIALITY WHICH HE STILL REFUSSED TO PERFORM THE TESTS AGAINST MY WILL TO TAKE THEM. THAT SAME DAY BEFORE DR. BLOCH CAME TO TEST ME I WAS EVALUATED BY THE MENTAL HEALTH CLINITIAN "NATALIE". ALMOST DIRECTLY AFTER DR. BLOCH CAME TO TRY AND ASSES ME BUT DIDNT, I RECIEVED NOTICE FROM DEPUTY TARVER THAT I WAS BEING DISCHARGED FROM THE SPECIAL MANAGEMENT UNIT WHICH IS WHERE I WAS CURRENTLY HOUSED, AND BEING REHOUSED TO THE 7TH FLOOR. THIS WAS A BIG CONCERN FOR ME AND ANTAGONIZED MY P.T.S.D. AS MANY TIMES IN THE PAST I HAVE BEEN ATTACKED OR VICTIMIZED ON THAT FLOOR BY GAURDS AND INMATES (SEE

DEVIN SHAFER, PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL, DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

PARAGRAPH 32). I REQUESTED TO SPEAK TO MENTAL HEALTH AND QUESTIONED NATALIE WHY I WAS BEING REHOUSED, SHE STATED "YOU DONT MEET THE CRITERIA TO BE HOUSED HERE ANYMORE". I FOUND THIS VERY ODD AND COINCIDENTAL AS THIS HAPPENED DIRECTLY AFTER DR. BLOCH HAD CAME AND THEN REFUSED TO TEST ME, AS IF HE DID TEST ME AND I WAS FOUND TO HAVE A DEVELOPMENTAL DISABILITY, I WOULD HAVE BEEN PERMITTED TO REMAIN HOUSED IN MY CURRENT HOUSING, THE S.M.U.. I FEEL I WAS PURPOUSLY AND MALICIOUSLY NOT TESTED BY DR. BLOCH FOR THIS REASON, ADDITIONALLY I EXPLAINED TO DEPUTIES AND MENTAL HEALTH MY CONCERNS WITH BEING HOUSED ON THE 7TH FLOOR AS IT GREATLY EFFECTS MY P.T.S.D AND MENTAL AND PHYSICAL WELLBEING AS I DONT COME OUT OF MY CELL FOR SAFTEY REASONS, NOR SHOWER OR GO TO THE PILL CALL LINE. THE DEPUTIES AND MENTAL HEALTH SAID THERE WAS NOTHING THEY COULD DO. DEPUTY TARVER DID NOT MAKE THINGS EASIER OR WAS HELPFULL TWARDS THE SITUATION BY SAYING NEGATIVE REMARKS WHICH TOOK ADVANTAGE OF THE SITUATION AND MY P.T.S.D. BY SAYING "HURRY UP AND GET YOUR THINGS TOGETHER BEFORE THEY FEED YOU TO THE WOLVES". AS IN PARAGRAPH 37, I FEEL THE REFUSAL OF ADMINISTERING THIS ENTITLEMENT I HAD REQUESTED THAT MORE THAN SEEMINGLY WAS DONE MALICIOVSLY AND FOR NOT A VERY GOOD REASON VIOLATED MY CONSTITUTIONAL RIGHTS.

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

39. DURING THIS INCARCERATION, MANY TIMES WHEN ORDERING COMMISSARY ITEMS PROVIDED BY THE COMPANY ARAMARK IVE EXPERIENCED DISCREPANCIES WITH MY ORDERS THAT REOCCURED AND HAPPENED SO OFTEN, THE EXCUSE OF THE PROBLEMS IVE EXPERIENCED WITH THE ITEMS I ORDERED SEEMED FAR FROM ACCIDENTAL OR UNINTENTIONAL. MANY TIMES IVE RECIEVED ITEMS IN MY ORDERS THAT WERE NOT JUST OPEN WITH REGARDS TO THE PACKAGING, BUT THAT HAD FOUL UNPLEASANT SMELLS WHICH INDICATES MORE THAN SUSPECTABLY ADULTERATION OF MY ORDERED PRODUCTS. AFTER ADDRESSING THESE ISSUES, RETURNING THESE PRODUCTS, AND WRITING REQUESTS AND GRIEVANCES ON THE SUBJECT, THESE INSTANCES THAT WERE CONSTANTLY REOCCURING STRONGLY FELT DISCRIMINATIVE AND INTENTIONAL. IT WAS GREATLY TROUBLING AND FRUSTRATING AS I WAS CONTINUOUSLY PAYING MONEY FOR THESE ITEMS AND WAITING WEEKS AFTER RETURNS AND REFUNDS TO OCCASIONALLY RECIEVE AN ITEM THAT WAS NOT OPEN AND CONSIDERED "NORMAL". I AM UNAWARE OF WHO IS DIRECTLY RESPONSIBLE FOR THESE INSTANCES AS THE COMMISSARY ORDERS TRANSFERED THROUGH THE HANDS OF NOT JUST THE COMMISSARY STAFF, BUT IN SOME OCCASIONS OF DEPUTIES AND INMATE TRUSTEE'S AS WELL. ALL I KNOW IS NOT DEPENDANT OF WHO WAS RESPONSIBLE FOR HANDLING OR DELIVERING MY ORDERS, THE SAME ITEMS I WOULD CONTINUE TO ORDER SUCH AS HYGIENE OR EXPENSIVE COFFEE RARELY CAME WITHOUT AIRHOLES IN THE PACKAGING OR LEAKS AND VERY STRONG UNPLEASANT SMELLS. ON A COUPLE OCCASIONS

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

BECAUSE OF MY CONTINUED DESPERATION TO RECIEVE A BAG OF COFFEE THAT WAS AIR TIGHT IN ITS PACKAGING WITH NO HOLES OR OPENINGS, AND BECAUSE OF MY NEED FOR THIS ITEM TO HELP ME FOCUS AND CONCENTRATE ON DRAFTING NUMEROUS CASES OF LITIGATION WITH APPROACHING DEADLINES, I DECIDED TO NOT THINK ANYTHING OF THE OPEN PACKAGE (WHICH IS EXTREMELY OUT OF MY CHARACTER, AS I AM NOT OVERLY PARANOID BUT HAD A STRONG JUSTIFICATION TO WORRY ABOUT MY ITEMS COMING REPEATEDLY OPEN WITH SUSPECTABLE FOUL SMELLS AND THE CONTINUOUS MISSTREATMENT FROM STAFF/INMATES I EXPERIENCED DURING THIS INCARCERATION) AS I STATED I WAS DESPERATE. AFTER CONSUMING THE OPEN BAG OF COFFEE I NOTICEABLY FELT LIGHTHEADED, DIZZY, AND NAUSEOUS AND NOT WELL, I NOTIFIED A DEPUTY ABOUT THE INCIDENT AND HE RECOMENDED I GRIEVANCE THE ISSUE WHICH I DID THIS TIME, AND HAVE BEFORE AS WELL. THIS INCIDENT HAPPENED ON 05/28/25. SHORTLY AFTER, THE NEXT TIME I ORDERED COFFEE ON 06/22/25, NOT ONLY DID THE COFFEE BAG COME WITH A HOLE, BUT THE COFFEE LEAKED ALL OVER MY OTHER ITEMS AND HAD A VERY STRONG IRRITATING ODOR SUCH AS URINE AND GAVE ME AN EXTREME HEADACHE, OTHER ITEMS SUCH AS MY JALAPENOS AND TOOTH PASTE CAME OPEN AND UNPLEASANTLY SMELLING AS WELL. THE SMELL WAS SO OFFENSIVE AND STRONG, JUST THE SMELL OF THE SPILT COFFEE ON MY OTHER ITEMS IN MY CELL

DEVIN SAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

WAS NOTICEABLY IRRITATING TO MY SENSES AND INDUCED A PAINFULL HEADACHE. THE MOST REOCCURING OPEN ADULTERATED ITEM I CONTINUED TO ORDER AND RECIEVE WAS BARS OF SOAP. THE BARS OF SOAP ARE SUPPOSE TO COME IN AN AIR TIGHT PLASTIC PACKAGING BUT RARELY DID I EVER RECIEVE ONE THAT WAS AIR TIGHT, ALONG WITH THE PACKAGING HAVING AIR HOLES, IT WOULD ALSO COME WITH A STRONG OFFENSIVE ODOR THAT WAS IRRITATING AND UNPLEASANT TO THE SENSES. IT DID NOT SMELL LIKE COCOA BUTTER OR ROSES WHICH WAS THE SCENT OF THE BARS OF SOAP. THERE ARE OVER TEN ORDERS WHERE THE SOAP WOULD COME LIKE THIS AND I WOULD HAVE TO RETURN IT DUE TO THE PACKAGING BEING NOT AIR TIGHT AND THE SMELL. THIS REPEATED PROCESS OF ORDERING AND SPENDING MONEY AND RECIEVING OPEN ADULTERATED ITEMS AND HAVING TO CONTINUE TO RETURN AND REORDER THEM AND WAIT FOR A REFUND WAS EXTREAMLY UNPLEASANT AND FRUSTRATING AND FELT DISCRIMATORY AND PUNITIVE WHICH WOULD CONSTITUTE A VIOLATION OF MY CONSTITUTIONAL RIGHTS.

40. ON A COUPLE OF OCCASIONS DURING MY CURRENT INCARCERATION I HAVE HAD 2 INSTANCES IN REGARDS TO MY LEGAL MAIL THAT HAS VIOLATED SOME OF MY CONSTITUTIONAL RIGHTS IN REGARDS TO THE 1ST AND 4TH ADMENDMENTS. ON OR AROUND 05/24/25 I RECIEVED A RETURNED PIECE OF LEGAL MAIL I HAD

Devin Shaffer
Plaintiff,
V.
Santa Clara County
Sheriff's Office, et al.,
Defendants

In the United States District Court
Northern District of California

Original Complaint 42 U.S.C. 1983

composed and sent out that was marked "Return to sender" by the post office as it was not forwardable to the recipient. For some reason when signing for and recieving this item, it was already noticeably open and inspected which was not done infront of me. Generally the rule with legal mail is it is to be opened and inspected infront of the inmate. Because this was not done it was very concerning as the mail was more than likely about the conditions of my confinement and was confidential. Around the dates of 07/09/25 and 07/15/25 I had sent in multiple pieces of legal mail to the State Superior Court to file civil claims, these peices of mail never made it to its destination or were filed with the court. I waited months for a response from the court or notice the cases had been filed. After confirming they were never recieved or filed I resent them around 10/25. I suspect the deputies I handed them into were responsible for them not being recieved. It could have been other deputies responsible for discarding my mail on that shift but the deputies I handed my mail to were Deputies Tirado and Juarez.

41. For a significant length of time, dating back to about 2009, I have suffered from similar symptoms in relation to the right side

DEVIN SUHFER
PLAINTIFF
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

OF MY HEAD, EAR, AND JAW. I HAVE ADDRESSED THIS ISSUE TO DOCTORS OVER THE YEARS, HENCE IN 2009 I WAS BELIEVED TO HAVE SUFFERED FROM T.M.J. OF THE JAW. PROGRESSIVELY IVE EXPERIENCED ADDITIONAL SYMPTOMS AND THE CURRENT ONES HAVE ALSO INCREASED IN SEVERITY. IN 2013 I WAS CHRONICALLY ILL WITH SINUS ISSUES AND DEVELOPED A CYST OR FIBROUS GROWTH ON MY RIGHT EARLOBE, WHEN ADDRESSING THIS TO A DOCTOR I WAS TOLD NOT TO WORRY, ALTHOUGH I WAS WORRIED AS IN RELATION TO MY OVERALL HEALTH I WAS CONCERNED, FOR INSTANCE DURING EXTREME HIGH ENDURANCE CARDIO RUNNING I ONE TIME STARTED TO BLEED FROM MY EAR DRUM, ANOTHER TIME I URINATED BLOOD AFTER BEING CHRONICALLY SICK WITH NOSE BLEEDS. EVENTUALLY AROUND 2018 I STARTED TO EXPERIENCE EVEN MORE SYMPTOMS OR INDICATIONS, I STARTED TO LOOSE MY HAIR AT A RAPID ALARMING RATE ON THE TOP OF MY SCALP ONLY, AND THE PAIN IN JUST MY JAW SPREAD TO THE WHOLE RIGHT SIDE OF MY FACE, HEAD, EAR AND JAW FRONT AND BACK WITH A STRONG PRESSENCE OF PRESSURE, I ADDITIONALLY NOTICED MY HEAD WAS NOT SYMETRICAL AS I FELT A PROTRUDING LUMP ON ONLY THE BACK RIGHT SIDE OF MY HEAD, IT WAS NOTICEABLE FROM TOUCH AND THERE WAS ALOT OF PRESSURE IN THAT AREA, I COULD EASILY FEEL THE LUMP BY RESTING THE BACK SIDE OF MY HEAD AGAINST A FLAT WALL AND THE RIGHT SIDE WAS NOTICEABLY LARGER AND PROTRUDING FROM

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

THE LEFT. ALSO WHEN MEASURING EACH SIDE OF MY HEAD BY STICKING MY INDEX FINGER AT THE EDGE OF MY EYE SOCKET AND MY THUMB IN MY EAR THE MEASUREMENT ON THE RIGHT SIDE WAS LARGER THAN THE LEFT BY ABOUT HALF A CENTIMETER. IN 2018 I WAS INCUSTODY AND COMPLAINED OF THIS ISSUE AND SPECIFICALLY NOTED TO NURSES/DOCTORS THE LUMP AND PRESSURE I EXPERIENCED, THE MOST THEY DID FOR ME WAS PRESCRIBE ANTIBIOTIC EAR DROPS FOR MY RIGHT EAR PAIN. IN THE COMMUNITY DOCTORS TOLD ME I WAS FINE AND DISREGARDED MY COMPLAINTS. AFTER RECIEVING TREATMENT AND CT SCANS FOR INJURIES NUMEROUS TIMES DID A PATERN START TO EMERGE WITH FINDINGS THAT WERE ABNORMAL OR AN INDICATION OF THE SYMPTOMS I WAS EXPERIENCING. IN 2020 DURING A CT SCAN IN THE EMERGENCY ROOM FROM AN INJURY THERE WAS A FINDING OF "ASYMMETRY OF THE LATERAL VENTRICLES" AND "PARANASAL SINUS DISEASE". FROM 2020-2022 I WAS INCUSTODY AND EXPERIENCED VARIOUS REOCCURING SEVERE RASHES IN SPECIFIC LOCATIONS, TO RASHES THAT COVERED MY WHOLE BODY, I BECAME ADDITIONALY CONCERNED FOR MY HEALTH AND STRONGLY ADVOCATED FOR MYSELF. I HAD MANY BLOOD DRAWS AND TESTS THAT SHOWED SIGNS OF INFECTION OR DISEASE FROM ABNORMAL BLOOD COUNTS IN MY WHITE BLOOD CELLS, THEY NEVER DIAGNOSED THIS PROBLEM OR FURTHER PATHOLOGICALLY TESTED OR EVALUATED ME AT MY OWN REQUEST BUT DENIED THIS TREATMENT FOR THE RASHES AND ABNORMAL BLOOD COUNT, AND DESPITE ADMINISTERING CREMES, THE RASHES CONTINUED TO PERSIST. IN 2023 DURING ANOTHER INJURY WHILE BEING TREATED

DEVIN SHAEFFER,
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

IN THE EMERGENCY ROOM, A CT SCAN REVEALED EVEN MORE FINDINGS THAT NO DOCTOR CONSULTED ME ON EVEN AFTER VOICING MY SYMPTOMS AND WHICH I DID NOT LEARN OF SOMETIME WAY LATER AFTER REQUESTING MY MEDICAL RECORD AFTER TRYING TO ADVOCATE FOR MY OWN HEALTHCARE IN 2025. FOR EXAMPLE MY BLOOD TEST WAS VERY ABNORMAL IN 2023 WITH 5 CATAGORIES OUT OF RANGE WITH VARIOUS FINDINGS FROM MY CT SCAN WHICH INCLUDED: "BIAPLICAL PLEURAL PARENCHYMAL SCARRING", "PARTIAL OPACIFICATION OF THE RIGHT POSTERIOR ETHMOID SINUS", "MUCOSAL WALL THICKENING OF THE RIGHT ETHMOID SINUS", "BRAIN: SCATTERED PERIVENTRICULAR AND SUBCORTICAL WHITE MATTER HYPODENSITIES", "ASYMMETRY OF LATERAL VENTRICLES", "NONSPECIFIC PROMINENT APPEARANCE OF THE OCCIPITAL HORN OF THE RIGHT LATERAL VENTRICLE". IN 2024 I WAS INCUSTODY AND WAS INJURED IN A USE OF FORCE INCIDENT, BECAUSE OF THIS INJURY I WAS TRANSPORTED TO THE HOSPITAL AND GIVEN A CT SCAN, IT WAS DURING THIS SCAN THAT NOT JUST FINDINGS WERE MADE IN RELATION TO THE SYMPTOMS I WAS EXPERIENCING BUT ADDITIONALLY IN THE FINDINGS A DIAGNOSIS WAS STATED AS WELL. THE FINDINGS STATED: "LUNG APICES: BIAPICAL SCARRING", "PROMINENCE OF THE RIGHT GREATER THAN LEFT VENTRICLES", WITH THE ADDITION OF "ASYMMETRIC PROMINENCE OF THE RIGHT GREATER THAN LEFT VENTRICLES, MILD COMMUNICATING HYDROCEPHALUS DIFFICULT TO EXCLUDE". DURING THIS TIME NO DOCTORS AT THE HOSPITAL DISSCUSED ANY OF THE FINDINGS WITH ME OR MADE ME

DEVIN SHAEFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

AWARE OF THEM, EVEN WHEN COMPLAINING OF MY SYMPTOMS. SHORTLY AFTER RETURNING BACK TO THE JAIL, MY EAR NOTICEABLY WAS CAUSING ME ISSUES/ PAIN (SEE PARAGRAPH 30) I WAS EXPERIENCING PRESSURE ONLY ON THE RIGHT SIDE AND LEAKING CLEAR FLUID FROM MY RIGHT EAR ONLY. SOMETIME AROUND OR ON 09/24/24 I HAD A DOCTORS APPOINTMENT AND SAW DR. NATALIA PANVISKA, DURING THIS APPOINTMENT I BROUGHT UP HOW IVE HAD CONSTANT CHRONIC PAIN IN MY EAR, JAW, HEAD AND HAVE HAD CHRONIC ABNORMAL BLOOD COUNTS FOR YEARS AS WELL, I ALSO BROUGHT UP THE LARGE GROWTH ON MY RIGHT EAR LOBE WONDERING IF IT HAD ANY RELATION TO MY SYMPTOMS, SHE LOOKED INTO MY EAR AND DENIED SEEING ANYTHING WRONG DESPITE MY EAR BEING IN PAIN, WE DISAGREED ON THIS ISSUE AS DESPITE THERE BEING NO VISIBLE SYMPTOMS I CONTESTED I AM VERY WELL EXPERIENCING ISSUES, I BROUGHT UP THE LUMP ON MY HEAD AND SHE DENIED FEELING ANY THING. DISSAPOINTED, THE MOST I COULD GET HER TO DO WAS ORDER A BLOOD TEST. I WAS VERY DISSAPOINTED INITIALY AND WAS EVEN MORE IN SHOCK LATER WHEN I LEARNED OF MY CT SCAN FINDINGS IN 2025, AS WHEN I SAW DR. PANVISKA, JUST A MONTH PRIOR I HAD GOTTEN A CT SCAN AND IT SEEMS SHE DID NOT REVIEW MY MEDICAL FILE OR CONSIDER TOO EVEN AFTER VOICING MY CHRONIC ABNORMALITIES FROM MY BLOOD TESTS, AND IF SHE WOULD HAVE REVIEWED IT, IT WOULD HAVE JUSTIFIED MY COMPLAINTS. IN LESS THAN 5 MONTHS FROM MY FIRST CT SCAN INCUSTODY AROUND 08/29/24 I SUSTAINED A SIGNIFICANT HEAD INJURY IN A USE OF FORCE INCIDENT FROM A

DEVIN SHAFFER,
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

DEPUTY, MY HEAD WAS HIT AGAINST A WALL TWICE WHICH NOTICEABLY ALTERED MY EYE SOCKET AROUND MY EYEBROW AND REQUIRED LIQUID STUTURES. I WAS TAKEN TO A DIFFERENT HOSPITAL, O'CONNOR, THIS TIME AND WAS GIVEN A CT SCAN FOR MY HEAD INJURY. I DO NOT BELIEVE THE FINDINGS FROM THIS CT SCAN WERE TRUTHFULL OR CORRECT AS NO FINDINGS WERE MADE AT ALL WHICH IS VERY HARD TO BELIEVE THAT MULTIPLE FINDINGS THAT HAVE BEEN CONSISTENT FOR YEARS HAD GONE AWAY OR CHANGED IN A MATTER OF MONTHS WITH NO FORM OF TREATMENT WHAT SO EVER AND EVEN WORSENING OF SYMPTOMS SINCE THE LAST SCAN. ALSO MY EYESOCKET AROUND THE EYEBROW IS NOTICEABLY DEFORMED FROM THE INJURY COMPARED TO THE OTHER ONE. SOMETIME AROUND 7/25 I SAW DOCTOR LAURA PETERSON, DURING MY VISIT I BROUGHT UP MY CT SCANS THAT I RECENTLY REVIEWED, THE FINDINGS AND DIAGNOSIS OF HYDROCEPHALUS AND THE RELATEABLE SYMPTOMS I EXPERIENCE FROM IT ALONG WITH THE CONSISTENCY OF FINDINGS OVER THE YEARS THAT WOULD CONTEST TO THE MOST RECENT CT SCANS FROM INJURIES WITH THE ABSENCE OF ANY FINDINGS. SHE DID NOT GRANT MY REQUEST TO TREAT OR FURTHER DIAGNOSE OR TEST MY SYMPTOMS DUE TO THE MOST RECENT CT SCAN, AND IN AN ASSURED SENSE OF HERSELF AND CONDESCENDING TONE SAID I WAS FINE, WHEN I TRIED TO ASSURE HER I WAS NOT. SHE DENIED MY REQUEST FOR AN M.R.I. SCREENING WHICH IS BETTER THAN A CT SCAN FOR DIAGNOSING OR

DEVIN SHAEFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

FINDING THE TYPE OR CAUSE OF HYDROCEPHALUS. I ADVOCATED FOR MYSELF AND EXPLAINED MY SYMPTOMS, CHRONIC ABNORMAL BLOOD TESTS, CHRONIC RASHES, MULTIPLE CT SCAN FINDINGS WITH THE DIAGNOSIS OF HYDROCEPHALUS, AND ELABORATED THAT HYDROCEPHALUS COULD BE CAUSED BY A MULTITUDE OF DIFFERENT CAUSES FROM INFECTION, INJURY, MULTIPLE DIFFERENT TYPES OF TUMORS, CANCER, MENINGITIS, AND VARIOUS OTHER HEALTH CONDITIONS, ETC. AND THAT ABNORMAL BLOOD TESTS COULD INDICATE ANY OF THOSE. YET SHE STILL DENIED MY REQUESTS, EVEN FOR A PATHOLOGIC BLOOD TEST DESPITE HAVING CHRONIC ABNORMAL LEVELS AND TOLD ME I DONT HAVE HYDROCEPHALUS. WHEN ASKING HER WHY MY CT SCAN SAID "HYDROCEPHALUS DIFFICULT TO EXCLUDE" SHE STATED THAT MEANS "I DONT" HAVE HYDROCEPHALUS. WHEN BRINGING UP THE FINDINGS OF THE ASYMMETRY OF MY LATERAL VENTRICLES, WITH THE RIGHT GREATER THAN LEFT, LAURA PETERSON, AND VARIOUS PSYCHIATRISTS IVE SHARED THESE RESULTS WITH AS WELL HAVE ALL TOLD ME IN A CONDECENDING PATRONIZING TONE THAT ITS "NORMAL" AND IM "FINE", EVEN AGAINST MY MENTION OF SUFFERING FROM PAIN/PRESSURE ON THE VERY SIDE OF MY HEAD THAT IS MARKED AS ENLARGED. IM NOT SURE WHY SHE DID THIS BUT IT SEEMED TO BE EVEN MOCKING ME IN A SENSE AS AFTER DENYING MY REQUESTS FOR TESTING, LAURA PETERSON STATED "YOUVE LIVED A "COLORFULL" LIFE" IM NOT SURE WHAT SHE EVEN MEANT BY THIS STATEMENT, AT ONE POINT WHEN I FIRST ARRIVED AND GREETED HER SHE SAID "HEYYYYY" IN

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ETAL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

A DRAWN OUT LENGTH WITH A DUMBFOUND LOOK ON HER FACE WHILE STARING AT ME WITH HER EYES CROSSED, WHICH GAVE ME THE IMPRESSION SHE WAS TRYING TO IMPERSONATE A "MENTALLY CHALLENGED" PERSON, ALL OF THESE INSTANCES IN ADDITION TO HER CONDESCENDING TONE TELLING ME IM "FINEEEE" BY DRAWING THE WORD OUT IN LENGTH WHILE VOICING MY SYMPTOMS OF COMPLAINTS WHICH ARE SERIOUS AND CONCERNING FOR ME FELT HIGHLY DISSRESPECTFULL AND UNPROFFESIONAL FROM SOME ONE IN HER POSITION. I FELT AS IF IT WAS A FORM OF PSYCHOLOGICAL ABUSE, WHICH ADDED TO THE DAMAGE OF NOT GETTING ADEQUATE HEALTH CARE IM ENTITLED TO WHICH IS STATED IN 22 CCR 70707(B)(2)(6)(9)(7) "PATIENTS RIGHTS" (2): "PATIENTS RIGHTS TO CONSIDERABLE AND RESPECTFUL CARE." (6): "PATIENTS RIGHTS TO PARTICIPATE ACTIVELY IN DECISIONS REGARDING MEDICAL CARE" (9): "PATIENTS RIGHTS TO REASONABLE RESPONSES TO ANY REASONABLE REQUESTS MADE FOR SERVICE." AND (7): "PATIENTS RIGHTS TO EXERCISE THESE RIGHTS WITHOUT REGARD TO SEX, ECONOMIC STATUS, EDUCATIONAL BACKROUND, RACE, COLOR, RELIGION, ANCESTRY, NATIONAL ORGIN, SEXUAL ORIENTATION, DISABILITY, MEDICAL CONDITION, MARITAL STATUS, REGISTERED DOMESTIC PARTNER STATUS, OR THE SOURCE OF PAYMENT OF CARE." I BELIEVE A VIOLATION OF THESE RIGHTS VIOLATES MY CONSTITUTIONAL RIGHTS OF THE 14TH ADMENDMENT EQUAL PROTECTION CLAUSE. I BELIEVE THAT EVEN A LAYMAN WITH NO MEDICAL SCHOOLING, EXPERIENCE, OR KNOWLEDGE WOULD BE ABLE TO SEE RESEMBLANCE OR INDICATION FROM THE CT SCAN FINDINGS

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

THAT ALL SPECIFICALLY STATE ISSUES INVOLVED ON THE RIGHT SIDE OF MY HEAD FROM MY SINUSES TO VENTRICLES WHICH COULD EASILY BE THE CAUSE FOR THE PAIN AND SYMPTOMS I EXPERIENCED AND COMPLAIN OF SPECIFICALLY ON THE RIGHT SIDE OF MY HEAD AND WHICH WOULD NOT BE CONSIDERED "FINE" OR "NORMAL". I AM VERY WORRIED ABOUT MY OWN HEALTH NOT JUST FROM THE FINDINGS, BUT FROM HOW I FEEL IN MY OWN BODY AND THE SYMPTOMS I EXPERIENCE SUCH AS CHANGES TO MY VISION, THE PAIN AND PRESSURE, LIGHTHEADEDNESS AND UNCORDINATION AT TIMES ALONG WITH A CHRONIC FEELING OF UNCOMFORT. I BELIEVE ALL THE MEDICAL PROVIDERS I NAMED AND THE ONES RESPONSIBLE FOR CONDUCTING THE CT SCANS AND FINDINGS WHILE NOT REPORTING THEM TO ME ARE ALL AT FAULT FOR SOME TYPE OF MEDICAL NEGLIGENCE, MALPRACTICE, OR INDIFFERENCE TO MY MEDICAL NEEDS, ALONG WITH MULTIPLE PSYCHIATRISTS IVE SEEN AND NOTIFIED OF THIS CONDITION AND HOW IT EFFECTS MY PHYSICAL AND MENTAL HEALTH AND WELL BEING WHO HAVE MOSTLY ALL ARROGANTLY DISREGARDED MY CONCERNS. IN THE LATER CT SCANS I RECIEVED AT O'CONNOR HOSPITAL ON 1/10/25 AND 6/03/25 THAT LAURA PETERSON MADE THE DETERMINATIONS FROM THAT I WAS "FINE" OR "NORMAL" THE FINDINGS STATED "NORMAL SIZE FOR AGE" OR "UNENLARGED" FOR THE LATERAL VENTRICLES YET MADE NO REMARKS AS TO THE ASYMMETRY OF THE TWO SIDES WHICH HAS BEEN FOUND CONSTANT IN PREVIOUS FINDINGS, WETHER OR NOT THIS WAS IMPORTANT

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL,

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

IN RELATION TO THE INJURIES I SUSTAINED FOR THE REASON OF THE CT SCANS, I BELIEVE THIS ISSUE WAS NOT CONSIDERED, INCLUDED, OR OVERLOOKED WHICH UNFORTUNATELY HAS EFFECTED MY ABILITY TO PURSUE A TREATMENT OR CAUSE OF MY CONCERN. THE FOLLOWING IS A LIST OF DOCTORS RESPONSIBLE FOR MY VARIOUS CT SCAN FINDINGS WHO HAVE ALL FAILED TO RELAY THE FINDINGS TO ME IN ANY WAY AND I FEEL ARE RESPONSIBLE IN SOME WAY FOR MY ON GOING SUFFERING FROM THESE ISSUES. CT SCAN ON 06/03/25 AT O'CONNOR HOSPITAL, ORDERING DOCTOR: LINDA C. TRUONG, IMPRESSION/FINDINGS: WILSON CHWANG. CT SCAN ON 01/10/25 AT O'CONNOR HOSPITAL, ORDERING DOCTOR: SOUMIYA PRAKASAM, IMPRESSION/FINDINGS: JOSEPH MORGAN. CT SCAN ON 08/29/24 AT SANTA CLARA VALLEY MEDICAL, ORDERING DOCTOR: KIRANDEEP K. SEKHON, IMPRESSION/FINDINGS: RAJUL PANDIT, CHRISTOPHER LEE. CT SCAN ON 05/10/23 AT SANTA CLARA VALLEY MEDICAL, ORDERING DOCTOR: GURKARAN S BAJWA, IMPRESSION/FINDINGS: MINGMING MA, MICHEAL PAN. CT SCAN ON 04/21/20 AT REGIONAL MEDICAL CENTER, PHYSICIAN: SAMANTHA ANG. THE FOLLOWING DOCTORS IVE BROUGHT MY RESULTS TO THIER ATTENTION TO BE DISREGARDED ; NATALIA PANVISKA, LAURA PETERSON, CHRIS CHEN, SAMINA KHAN, KARSTEN HEIL. I BELIEVE THOSE ALL NAMED HAVE IN SOMEWAY VIOLATED MY CONSTITUTIONAL RIGHTS INVOLVING MEDICAL CARE IM ENTITLED TOO AND HAVE VIOLATED CODES OR PROVISIONS IN RELATION TO THIER PROFFESION. (FOR PROOF OF EVIDENCE SEE HEREIN ATTATCHED AS <u>EXHIBIT A</u>)

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

42. ON THE DATE OF 10/12/2024 I HAD A DOCTORS APPOINTMENT SCHEDULED FOR A SERIOUS INJURY TO MY FINGER I SUSTAINED ON 10/01/2024 AT THE HANDS OF A DEPUTY. I WAS ANTICIPATING GOING TO THIS APPOINTMENT AS I BELIEVED MY FINGER MIGHT BE BROKEN AND WAS STARTING TO SHOW SIGNS OF INFECTION. I NOTIFIED DEPUTIES OF MY APPOINTMENT ALONG WITH NURSING STAFF AND WOULD CONTINUOUSLY ASK IF THEY HAD CALLED ME FOR MY APPOINTMENT YET. AT THE END OF THE DAY I WAS NEVER CALLED TO MY APPOINTMENT. I BELIEVE THE DEPUTIES ON THAT SHIFT THAT DAY, DEPUTIES "CENTENO" AND "ACOSTA" DELIBERATLEY REFUSED MY MEDICAL APPOINTMENT "FOR ME" THAT DAY. AS IT STATES IN MY MEDICAL RECORD FILE "PATIENT REFUSED APPT.", WHEN IN FACT I WAS CONTINUALLY ASKING TO GO. NOT ONLY DID THESE DEPUTIES REFUSE MY APPOINTMENT BUT ADDITIONALLY MADE MALICIOUS FALSE ALLEGATIONS AS TO ME "THROWING FECES" TO THE MENTAL HEALTH DOCTOR "CHRIS CHEN" WHO DOCUMENTED IT INTO MY MEDICAL RECORD. BECAUSE OF THIS FALSE ALLEGATION IN MY MEDICAL RECORD IT HAS HAD VAST NEGATIVE EFFECTS ON MY CRIMINAL PROCEEDINGS AND HAS LED FORENSIC PSYCHOLOGISTS TO QUESTION MY COMPETENCY WHICH LED TO THE SUSPENSION OF MY CRIMINAL PROCEEDINGS FOR DENYING THE INCIDENT EVER TOOK PLACE, WHICH FORENSIC PSYCHOLOGISTS PERCIEVED AS ME "MINIMIZING"

DEVIN SHAEFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

OR "DENYING" THE INCIDENT OR A FALSE PSYCHOSIS I DO NOT HAVE. I BELIEVE DEPUTIES ACOSTA AND CENTENO, AND DOCTOR CHRIS CHEN WERE ALL DILIBERATLEY INDIFFERENT TO MY MEDICAL NEEDS AND MADE MALICIOUS FALSE STATEMENTS WHICH HAS GREATLY EFFECTED MY CRIMINAL PROCEEDINGS BY SUSPENDING THEM, ADDING TO THE LENGTH OF MY INCARCERATION AND SUFFERING AS WELL AS ME BEING FORCED TO TAKE MEDICATION I DO NOT REQUIRE SUCH AS ANTIPSYCHOTICS WHICH GAVE ME VERY NEGATIVE SIDE EFFECTS AND ADDED TO MY SUFFERING, WHICH INCLUDED, EXTRAPYRIMIDAL SIDE EFFECTS SUCH AS INABILITY TO SIT STILL OR CONCENTRATE, ANXIETY, RESTLESSNESS, AND PAIN IN MY LEGS. IT ALSO CAUSED ME TO BECOME DEPRESSED BECAUSE OF THE SIDE EFFECTS, AND REQUIRED ME TO TAKE TWO ADDITIONAL MEDICATIONS FOR THE SIDE EFFECTS ALONE. ADDITIONALY THERE WERE SIDE EFFECTS THAT HARMED ME AND CAUSED PHYSICAL SUFFERING AND DAMAGE TO MY BODY, SUCH AS HYPERLIPEDEMIA, WHICH CAUSED MY CHOLESTEROL AND LOW DENSITY LIPOPROTIEN ("BAD" CHOLESTEROL) TO SKYROCKET IN THE VERY HIGH RISK RANGE FOR CORONARY DISEASE, BECAUSE OF THIS VERY HIGH CHOLESTEROL CONTENT, MY LIVER WAS EFFECTED AS WELL, SHOWING HIGH LEVELS OF ALT AND AST WHICH INDICATE SIGNS OF DAMAGE, MY BODY VERY WELL FELT THESE EFFECTS AS I DID NOT FEEL GOOD AND MULTIPLE

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

TIMES SUFFERED FROM FEELING FAINT OR DIZZY, WHICH WHEN NOTIFYING MEDICAL AND REQUESTING MY VITALS TO BE TAKEN, WAS ON THE BORDERLINE EMERGENT LOW SIDE OF HIGH 90'S LOW 100'S FOR THE TOP NUMBER (EITHER DIASTOLIC/SYSTOLIC). I BELIEVE THE DEPUTIES AND DOCTORS ACTIONS CAUSED ME GREAT PAIN AND SUFFERING, NOT JUST FROM MISSING MY APPOINTMENT, BUT FROM THE FALSE ALLEGATIONS AND THE DAMAGES THEY ADDITIONALLY CAUSED. ON THE SAME DATE ON 10/12/24 BEFORE CENTENO ENDED HIS SHIFT HE CALLED ME A "FUCKING TWEAKER" AND THEN SHUT OFF THE WATER TO MY CELL FOR NO REASON AS I WAS NOT FLOODING MY CELL. BUT AS A FORM OF PUNISHMENT THAT I DID NOT DESERVE, SUCH AS THE FALSE ALLEGATIONS OF THROWING FECES AND SKIPPING MY MEDICAL APPOINTMENT WHICH EACH SEEMED PUNITIVE AS WELL.

43. SOMETIME AROUND 7/2025 OR 8/2025 I HAD VOLUNTARILY DECIDED TO TAKE ANTIPSYCHOTIC MEDICATION AS ON OR ABOUT 6/2025 MY LAWYER DECIDED TO DECLARE A DOUBT AS TO MY MENTAL COMPETENCY AND I THOUGHT TAKING THE MEDICATION MIGHT HELP ME TO BE FOUND COMPETENT DESPITE HAVING NEGATIVE SIDE EFFECTS FROM THESE MEDICATIONS IN THE PAST. DURING THIS TIME I STARTED TO TO TAKE THESE MEDICATIONS, THE ORDERING

DEVIN S[illegible]
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

DOCTOR, SAMINA KHAN FAILED TO WARN ME OF THE SIDE EFFECTS OF THESE MEDICATIONS, AND FAILED TO ORDER A BASELINE VITALS, MEDIBOLIC, LIPID PANEL TEST TO RECORD MY REACTIONS TO THE MEDICATION. AROUND 10/2025 I WAS DEEMED "INCOMPITANT" BY THE FORENSIC PSYCHOLOGIST WHO EVALUATED ME (SEE PARAGRAPH "42") AND THE COURT PLACED AN INVOLUNTARY MEDICATION ORDER IN MY MEDICAL FILE. EVEN AFTER THE I.M.O. WAS ISSUED, SAMINA KHAN STILL FAILED TO ADDMINSTER ANY TESTS, THE ONLY COMMENT SHE MADE ABOUT THE MEDICATIONS AND ITS SIDE EFFECTS WHERE "GAINING WEIGHT IS A SIDE EFFECT, BUT THE MEDICATION YOUR TAKING HAS A LOWER RISK". SHE FAILED TO MENTION ANY METABOLIC SIDE EFFECTS OF WHICH I ENDED UP SUFFERING FROM AND FAILED TO ORDER ANY TESTS. I SAW DR. CHRIS CHEN IN 12/2025, SHE ALSO FAILED TO TELL ME OF ANY OF THESE SIDE EFFECTS, YET I BELIEVE SHE DID TRY TO ORDER A BLOOD TEST, YET IT WAS NEVER DONE. IN 1/2026 I SAW DOCTOR KARSTEN HIEL, BY THAT TIME I HAD DISCONTINUED TAKING THE ANTIPSYCHOTICS BECAUSE OF THE VERY NEGATIVE SIDE EFFECTS I EXPERIENCED AND SINCE, I HAD BEEN FOUND COMPETANT WHICH CANCLED THE I.M.O., WE DISCUSSED TAKING A MOOD STABILIZER SUCH AS LITHIUM AND HE PROPERLY WARNED ME OF THE SIDE EFFECTS AND REQUESTED I TAKE A BASELINE BLOOD PANEL SCREENING TO

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

TO SEE THE CONDITION OF MY LIVER AND KIDNEY FUNCTION AS LITHIUM CAN BE TOXIC WHILE TAKING. THE RESULTS FROM THESE LABS CAME BACK VERY CONCERNING TO ME AS AFTER TAKING THE ANTIPSYCHOTIC MEDICATION MY CHOLESTEROL WAS EXTREMELY HIGH AT 271, ALONG WITH MY LOW-DENSITY-LIPOPROTIENS WHICH WAS AT 203. MY LIVER WAS ALSO SHOWING SIGNS OF DAMAGE AS BOTH MY ALT AND AST LEVELS WERE ELEVATED WHICH INDICATES INJURY TO THE LIVER. ALL OF MY LABS PRIOR TO TAKING THESE MEDICATIONS WERE IN THE NORMAL RANGE A COUPLE OF MONTHS BEFORE AND NO SIGNIFICANT CHANGE TO MY DIET, HYGIENE, EXERCISE, OR SLEEP PATTERNS WERE MADE THAT MIGHT EFFECT THESE RESULTS. I FEEL SAMINA KHAN AND OTHER DOCTORS ARE RESPONSIBLE FOR THE NEGATIVE SIDE EFFECTS AND DAMAGES THESE MEDICATIONS CAUSED ME BY NOT MAKING ME AWARE OF OR MONITORING ME FOR THEM WHICH WOULD CONSTITUTE NEGLIGENCE, MALPRACTICE, OR INDIFFERENCE TO MY MEDICAL NEEDS WHICH FURTHER VIOLATES MY CONSTITUTIONAL RIGHTS AS THESE PROVISIONS ARE USUALLY REQUIRED WHEN TAKING A MEDICATION WITH ADVERSE SIDE EFFECTS SUCH AS ANTIPSYCHOTICS. (FOR PROOF OF EVIDENCE SEE HEREIN ATTATCHED AS EXHIBIT B)

44. DURING MY CURRENT INCARCERATION MORE THAN A COUPLE TIMES IVE BEEN HOUSED IN CELLS

DEVIN SHAEFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

THAT ARE DIRECTLY NEXT TO THE SHOWER, SOME OF THE SHOWERS LEAK WATER WHICH ON OCCASION GETS INTO MY CELL DEPENDING ON THE AMOUNT LEAKED. THIS HAS CAUSED ISSUES AND SOME FRUSTRATION AND SOME INMATES WHO DONT LIKE ME HAVE EVEN MALICOUSLY TAKEN ADVANTAGE OF THIS BY PURPOSLY "GASSING" ME BY SQUIRTING UNPLEASANT LIQUID SUBSTANCES UNDER MY DOOR OR INFRONT OF MY CELL DUE TO IT BEING NOT AS CONSPICUOUS AS ITS RIGHT NEXT TO THE SHOWER AND IS A FREQUENT AREA WHERE WATER IS ON THE FLOOR, THIS DID NOT LAST LONG HOWEVER AND THE ISSUE WAS MINIMAL. ALTHOUGH WHEN IT COMES TO THE "QUALITY" CLEANERS HIRED BY THE JAIL THIS HAS BEEN A REOCCURING PROBLEM THAT IS ALOT WORSE THAN A LITTLE BIT OF WATER GETTING INTO MY CELL FROM THE SHOWER. ON MULTIPLE REOCCURING OCCASIONS A HANDFULL OF CERTAIN INDIVIDUAL CLEANERS HAVE REPEATEDLY GOTTEN MASSIVE AMOUNTS OF WATER INTO MY CELL ON PURPOSE, A SUBSTANCIALLY MUCH LARGER AMOUNT THAN ANY AMOUNT OF WATER THAT HAS LEAKED IN FROM THE SHOWER. IVE NOTICED MAJORITY OF TIMES THIS HAS HAPPENED IT IS ONE OF THREE SAME CLEANERS WHO ARE ALL RESPONSIBLE FOR DOING THIS, I WOULD SAY IT STRONGLY FEELS INTENTIONAL AND DISCRIMATORY AS WELL AS I AM CAUCASION AND THE CLEANERS ARE OF HISPANIC DECENT. MANY TIMES THEY HAVE WOKEN ME UP AS THEY COME TO CLEAN AT ANY TIME OF

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

THE NIGHT INBETWEEN 11:00PM - 04:00AM BY HITTING MY CELL DOOR WITH BROOMS, MOPS, CHAIRS, ETC., OR BY GETTING NASTY UNCLEAN SMELLING BLEACH WATER INTO MY CELL, BUT ON THREE DIFFERENT OCCASIONS THE AMOUNT OF TIMES THEY REPEATEDLY KEPT HITTING MY DOOR AND WAKING ME UP, OR TALKING LOUDLY (IN SPANISH) RIGHT OUTSIDE MY DOOR, OR THE VERY LARGE AMOUNTS OF WATER THEY GOT INTO MY CELL DID NOT JUST SEEM INTENTIONAL, BUT VERY OFFENSIVE AND RUDE LIKE IN MANER. WHEN TRYING TO COMMUNICATE TO THEM THEY DID NOT SEEM TO UNDERSTAND OR SPEAK ENGLISH AND JUST IGNORED ME AS THEY ALL SPEAK SPANISH TO EACHOTHER, I INFORMED DEPUTIES OF THE ISSUE AND WROTE GRIEVANCES BUT IT CONTINUED TO HAPPEN. ON 10/26/25 A "DOE" QUALITY CLEANER INDIVIDUAL WHO IS IDENTIFIABLE WITH A LAME LEG AND LIMP TO HIS WALK REPEATEDLY KEPT HITTING MY DOOR OVER AND OVER AND OVER AGAIN OVER 20 TIMES, I TRIED TO NOT LET MY ANGER GET THE BEST OF ME AND FOCUSED ON BREATHING AND FALLING BACK TO SLEEP, LETTING MY BODY AND MIND GET USE TO THE SOUND EVERYTIME HE HIT MY DOOR SO IT DIDNT BUG ME AS MUCH, LITTLE DID I KNOW, THIS CLEANER WHO I IDENTIFIED AS I GOT UP ONCE TO AT LEAST SEE WHO WAS DOING IT, WAS PURPOSLY PUSHING WATER INTO MY CELL AND EACH TIME HE PUSHED THE WATER HE HIT MY DOOR AS WELL. WHATS SHOCKING, AND DISTINGUISHLY SEPERATES THIS FROM ACCIDENTAL AND AS INTENTIONAL IS, BECAUSE OF WATER CONSTANTLY

DEVIN SHAFFER,
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

GETTING IN MY CELL FROM INMATES SHOWERING OR INSTANCES OF CLEANERS GETTING WATER INTO MY CELL, I AT ALL TIMES KEEP HARD CARDBOARD LUNCH BOXES ROLLED UP WITH PLASTIC LUNCH BAGS COVERING THEM TIGHTLY WEDGED UNDER MY DOOR TO BLOCK ANY WATER FROM COMING IN, THIS HELPS IMMENSLY AND KEEPS PRETTY MUCH ALL THE WATER FROM THE SHOWER OUT. THE ONLY TIME THIS HAS FAILED IS IF THERE IS A GIANT PUDDLE OF WATER RESTING UP AGAINST MY DOOR BUT STILL THIS BARRIER KEEPS THE MAJORITY OF THE WATER OUT. THE AMOUNT OF WATER THIS CLEANER PUSHED INTO MY CELL WAS LARGLY SUBSTANCIAL, THE WATER LEAKED INTO MY CELL WITH THE BARRIER IN PLACE AND GOT VARIOUS ITEMS I HAD ON THE FLOOR WET, IT WENT PAST MY SINK WHICH IS TWO FEET PAST MY DOOR AND UNDER MY TOWEL RACK WHICH IS ABOUT 5 FEET FROM MY DOOR. THE WATER HE PUSHED IN WAS ADDITIONALLY MALODOROUS AND IRRITATING AS WELL, THIS TIME IT DID NOT SMELL LIKE DIRTY BLEACH BUT A WEIRD FUNKY VERY UNPLEASANT CHEMICAL SMELL THAT WAS STRONG AND LINGERED ON THE FLOOR OR ITEMS IT TOUCHED EVEN AFTER CLEANING IT UP AND USING SOAP TO TRY TO GET RID OF THE SMELL. THIS HAPPENED AGAIN ON 11/21/26 NOT BY THE SAME CLEANER I BELIEVE BUT IT WAS THE SAME TYPE OF INCIDENT, I HAD THE BARRIER UNDER THE DOOR AND WAY MORE WATER THAN WHAT HAS EVER LEAKED OUT OF THE SHOWER WAS PUSHED INTO

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

MY CELL AND GOT ALL MY THINGS WET AGAIN AND WENT PAST MY TOWEL RACK. ON 02/06/2026 THE SAME "DOE" CLEANER WITH THE LAME LEG WAS HAVING AN ONGOING LOUD CONVERSATION DIRECTLY OUTSIDE MY DOOR THE WHOLE TIME HE WAS CLEANING, ALOT LONGER AND LOUDER THAN ANY OF THE CLEANERS HAVE BEEN BEFORE, WHILE CLEANING HE AGAIN HIT MY DOOR AND GOT LARGE AMOUNTS OF WATER ALL OVER MY CELL AND MY THINGS, THE SAME LARGE AMOUNTS AS THE LAST TIMES, I HONESTLY DO NOT KNOW WHAT I DID TO THIS CLEANER, OR ANY OF THEM, FOR THEM TO PURPOSLEY PUSH WATER INTO MY CELL AND WAKE ME UP LIKE THAT AS I DONT EVEN KNOW THEM. BECAUSE THIS WAS A CONSTANT ON GOING ISSUE THAT I GRIEVED AND NOTIFIED BADGE STAFF ABOUT, AS WELL AS TRIED TO COMMUNICATE TO THE CLEANERS MYSELF, IT FELT MAJORLY INTENTIONAL AND DISCRIMINATIVE AND LIKE I WAS BEING TARGETED AS I AM CAUCASION AND THEY WERE NOT AND ON MOST OCCASIONS WHEN IT DID HAPPEN WITH OTHER CLEANERS, WHICH IT DID ALOT, IT WAS NO DOUBT CARELESS AND FELT DISRESPECTFULL STILL, BUT WAS NOT IN AN AMOUNT THAT COULD BE CONSIDERED BLATANTLY INTENTIONAL, BUT THE DOE INDIVIDUAL WHO WAS REPEATEDLY DOING IT WAS NO DOUBT DOING IT ON PURPOSE AND WAS EFFECTIVELY HARRASING ME AND CAUSING ME HARM INTENTIONALLY.

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

45. ON MANY DIFFERENT OCCASIONS DURING PREVIOUS INCARCERATIONS AND THIS CURRENT ONE I HAVE REPEATEDLY EXPERIENCED OUTBREAKS OF VERY IRRITATING ITCHY RASHES WITH CLEAR FLUID LIKE DISCHARGE IN VARIOUS PLACES ON MY BODY INCLUDING MY FACE, NECK, CHEST AND SCALP. THESE OCCURANCES HAVE NOTICEABLY SEEMED TO HAPPEN WHEN EVER I AM SERVED OPEN FOOD TRAYS THAT SENSEABLY SEEM TO BE OPEN OR ADULTERATED, WHICH IVE HAD TROUBLE WITH, OR JUST VARIOUS TIMES AT RANDOM AS WELL. I HAVE ADDRESSED THIS ISSUE WITH MEDICAL PROVIDERS MANY TIMES ONLY TO BE PRESCRIBED THE SAME REPEATED MEDICATIONAL CREME THAT NIETHER EFFECTIVELY TREATS, PREVENTS, OR CURES THESE SYMPTOMS. WHEN BRINGING UP THE PROBLEM OF IT BEING CHRONIC OR REOCCURING TO DIFFERENT MEDICAL PROVIDERS OVER THE YEARS SUCH AS YVONNE MURO, NATALIA PANVISKA, LAURA PETERSON, OR SUSANNA FRAISER, THEY HAVE OFFERED NO OTHER RELIEF OR DIAGNOSTICS OTHER THAN PRESCRIBED CREMES THAT WERE NOT EFFECTIVE, THEY OFFERED NO TYPE OF TESTS OF DIAGNOSIS OR REFFERALS TO A DERMITOLOGIST. AFTER YEARS OF SUFFERING FROM THESE RASHES THAT HAVE BEEN REOCCURING AND ONLY AFFECT ME WHEN I BECOME INCARCERATED AND THAT I HAVE NEVER SUFFERED FROM WHEN NOT INCARCERATED, THE LACK OF A DIAGNOSES OR EFFECTIVE SOLUTION OR PRESCRIPTION TO STOP OR CURE THESE SYMPTOMS SEEMS TO RELATE TO DELIBERATE MEDICAL INDIFFERENCE, MALPRACTICE, OR NEGLIGENCE, ESPECIALLY SINCE I HAVE REQUESTED MANY TIMES FOR A PATHOLOGIC BLOOD TEST REPEATEDLY FOR

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

MY CHRONIC ABNORMAL BLOOD COUNTS AND RASHES TO BE TOLD THEY DO NOT OFFER THIS INCUSTODY FROM MEDICAL PROVIDERS YVONNE MURO, LAURA PETERSON AND SUSANNA FRAISER. NOT UNTILL MY CURRENT INCARCERATION DID ADVOCATING FOR MYSELF PROVE SUCCESFUL BY REQUESTING TO GET THE RASH CULTURED, SWABBED AND TESTED, WHICH EVEN BY DOING THIS, CERTAIN STAFF OF THE JAIL WERE HESITANT TO GET THIS DONE MULTIPLE TIMES AND SEEMED TO IMPEAD THIS FROM HAPPENING. WHEN CULTURED IT OFFERED A SUSPECTED DIAGNOSIS OR RESULT OF A STAPH INFECTION, AGAIN AFTER THE DIAGNOSIS I HAD TO ADVOCATE FOR MYSELF AND PERSONALLY REQUEST TREATMENT OF ANTIBIOTICS FOR THIS INFECTION. THIS TREATMENT SEEMED TO WORK WHILE TAKING IT, YET THESE RASHES CONTINUED TO HAPPEN AND NO OTHER EFFECTIVE TREATMENTS OR MEASURES HAVE BEEN TAKEN TO STOP IT. I FEEL NOT JUST MEDICAL DOCTORS BUT CORRECTIONAL OFFICERS AND NURSING STAFF HAVE BEEN INDIFFERENT TO MY MEDICAL CONDITION AND NEEDS IN TERMS RELATING TO DOCUMENTING AND ADDMINISTERING TREATMENT. FOR INSTANCE ON 04/12/2025 I BROKE OUT IN AN ITCHY RASH WITH PUSS ON MY FACE WHICH HAD BEEN HAPPENING A LOT RECENTLY, MORE THAN LIKELY FROM WHERE I WAS HOUSED AND HOW UNSANITARY IT WAS (SEE PARAGRAPHS 33, 36). I HAD PUT IN A WHITE CARD REQUESTING A CULTURE SAMPLE SWAB TO HOLD ONTO FOR THE NEXT TIME THE RASH BROKE OUT AS BY THE TIME IT WOULD TAKE FOR MEDICAL STAFF TO ADDRESS THE ISSUE THE RASH WOULD DRY UP. I WAS TOLD BY THE MEDICAL STAFF VERY SPECIFICALLY TO NOTIFY BADGE STAFF TO CALL

DEVIN SHAFFER,
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

MEDICAL ON THE SECOND FLOOR THE NEXT TIME THIS HAPPENS AND THEY WOULD COME A.S.A.P. WITH A SAMPLE SWAB AS THEY ARE KEPT ON THE SECOND FLOOR. THAT NIGHT AFTER I BROKE OUT IN A RASH I NOTIFIED DEPUTY LAZCANO OF THIS SITUATION AND VERY SPECIFICALLY TOLD HIM TO CALL 2ND FLOOR MEDICAL, I ENDED UP HAVING TO ASK HIM REPEATEDLY FOR A PERIOD OF OVER 15 MINUTES WHERE HE DID NOTHING BUT SIT AND WAIT AFTER NOTIFYING HIM, I LITERALLY HAD TO BEG HIM OVER 3 TIMES FOR HIM TO FINALLY CALL WHICH HE SEEMED RELUCTANT, ANNOYED, AND HESITANT TO DO. THIS WAS NOT THE FIRST TIME DEPUTY LAZCANO HAD DONE THE EXACT SAME THING WHEN I CONTRACTED A RASH ON 03/02/25 WHEN HE LET ME INSPECT AN UNHAZZMATED CELL TO MOVE INTO AND I IMMEDIATLY CONTRACTED A RASH IN HIS PRESENCE, ON THIS DATE HE ALSO HESITATED TO CALL MEDICAL AND WAITED OVER 15 MINUTES WITH ME HAVING TO ASK HIM REPEATEDLY. AFTER HE FINALLY CALLED ON 04/12/2025 NURSE "NIA" COMES FROM THE 8TH FLOOR A.P.U., NOT 2ND FLOOR MEDICAL, WITHOUT ANY SAMPLE SWAB OR CAMERA TO DOCUMENT THE RASH BUT CAME JUST TO "LOOK" AT IT, AS IF SHE DID NOT BELIEVE IT WAS SERIOUS ENOUGH TO ADDRESS, WHICH IS NOT WHAT I WAS TOLD WHAT WOULD HAPPEN THE LAST TIME I EXPRESSED MY CONCERNS OF IT DRYING UP BEFORE ITS CULTURED. AFTER NURSE NIA LEFT IT TOOK HER OVER 30 MINUTES TO COME BACK AND GET IT SWABBED WHICH BY THEN IT WAS AN HOUR SINCE I FIRST CONTRACTED THE RASH AND NOTIFIED

DEVIN SHAFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

DEPUTY LAZCANO. AFTER IT WAS CULTURED THE RESULT CAME BACK AS A STAPH INFECTION. EVEN AT MY OWN REQUEST FOR TREATMENT AND BEING PRESCRIBED ANTIBIOTICS THE RASHES CONTINUED TO HAPPEN, I FELT IT WAS VERY IMPORTANT TO DOCUMENT THIS AS PROOF THAT IT WAS NOT CURED. ON 05/16/25 AND 05/17/25 I BROKE OUT IN EXTREMELY ITCHY RASHES WITH PUSS, MORE ITCHY THAN USUAL AND WAS VERY DISCOMFORTING. I ASKED DEPUTIES TO NOTIFY A NURSE BOTH TIMES. BOTH TIMES A NURSE CAME BUT DID NOTHING TO DOCUMENT THE RASH SUCH AS TAKE A PICTURE OR CULTURE THE RASH OR BRING ANY KIND OF RELIEF BUT TOLD ME TO "FILL OUT A WHITE CARD", WHEN ASKING THE NURSES NAME THEY STATED IT WAS "RONALD". ON 05/20/25 AND 05/22/25 I AM REFUSED MY MEDICAL WHITE CARD ASSESSMENTS FOR NOT WANTING TO COME OUT OF MY CELL FOR SAFTEY REASONS AS I WAS HOUSED IN 7C AND THE LAST TIME I WAS HOUSED THERE I WAS ATTACKED BY AN INMATE (SEE PARAGRAPH 32), MEDICAL HAS PREVIOUSLY COME TO MY DOOR TO DO ASSESSMENTS BEFORE IN 7C. ON 05/20/25 DEPUTY OSORIO (WHO DOES NOT LIKE ME, TREATS ME UNFAIRLY, SEE PARAGRAPH 34) SAID IF I DONT COME OUT OF MY CELL I REFUSE MY ASSESMENT, I EXPLAINED MY CONCERN FOR SAFTEY AND REQUESTED IF MEDICAL COULD EVALUATE ME DOORSIDE AS THEY HAVE BEFORE, DEPUTY OSORIO DID NOT ALLOW THIS AND REFUSED MY ASSESMENT FOR ME. ON 05/22/25 DEPUTY GARCIA DID THE SAME THING.

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

## III. (CONTINUED) DEFENDANTS

46. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY LAZCANO IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

47. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY ROJAS IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

48. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY CABRERA IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

49. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY TARVER IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

50. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY CENTENO IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

51. DEFENDANT, SANTA CLARA COUNTY SHERIFF'S OFFICE DEPUTY ACOSTA (FEMALE) IS AT ALL TIMES MENTIONED A CORRECTIONAL OFFICER AT THE SANTA CLARA COUNTY MAIN JAIL.

52. DEFENDANT, LINDA C. TRUONG, IS AT ALL TIMES MENTIONED A DOCTOR AT O'CONNOR HOSPITAL IN SAN JOSE.

53. DEFENDANT, WILSON CHWANG, IS AT ALL TIMES MENTIONED A DOCTOR AT O'CONNOR HOSPITAL IN SAN JOSE.

Devin Shaffer
Plaintiff,
V.
Santa Clara County Sheriff's Office, et al.,
Defendants

In the United States District Court
Northern District of California

Original Complaint 42 U.S.C. 1983

54. Defendant, Soumiya Prakasam, is at all times mentioned a Doctor at O'connor hospital in San Jose.

55. Defendant, Joseph Morgan, is at all times mentioned a Doctor at O'connor hospital in San Jose.

56. Defendant, Kirandeep K. Sekhon, is at all times mentioned a Doctor at Santa Clara Valley Medical.

57. Defendant, Rajul Pandit, is at all times mentioned a Doctor at Santa Clara Valley Medical.

58. Defendant, Christopher Lee, is at all times mentioned a Doctor at Santa Clara Valley Medical.

59. Defendant, Gurkaran S. Bajwa, is at all times mentioned a Doctor at Santa Clara Valley Medical.

60. Defendant, Mingming Ma, is at all times mentioned a Doctor at Santa Clara Valley Medical.

61. Defendant, Micheal Pan, is at all times mentioned a Doctor at Santa Clara Valley Medical.

62. Defendant, Samantha Ang, is at all times mentioned a Doctor at Regional Medical Center.

63. Defendant, Santa Clara Valley Medical Psychiatrist Karsten Heil, is a Psychiatrist at the Santa Clara County Main Jail.

Devin Shaffer
Plaintiff,
v.
Santa Clara County Sheriff's Office, et al.,
Defendants

In the United States District Court
Northern District of California

Original Complaint 42 U.S.C. 1983

64. Defendant, Santa Clara Valley Medical Psychiatrist Samina Khan, is at all times mentioned a Psychiatrist at the Santa Clara County Main Jail.

## V. Related Cases

65. The claims I bring forth are in relation to these existing cases:
Case No. 5:25-CV-01308-NW
Case No. 5:25-CV-01069-NW
As they stem from the same incarceration and involve some of the same defendants in some claims.

## VI. Legal Claims

66. Forward: The Plaintiff is not fully skilled or knowledgable on all the different requirements of clauses or violations of rights secured by the Constitution but will attempt to impersonate at his best how and why he thinks his rights were violated in each paragraph and claim he brings forth in this complaint.

67. The Plaintiff believes in Paragraph 29 his 14th Admendment rights were violated to the Equal Protection Clause, as the sanity and conditions of his housing seemed to violate basic health, saftey, and building codes that at this time he can not specifically cite other than the violation of Title 15 minimum standards section 1280, stating "The facility admin. shall develop written procedures/policies for the maintenance of an acceptable level of cleanliness, repair and saftey throughout the facility. Such

DEVIN SHAEFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

A PLAN SHALL PROVIDE FOR A REGULAR SCHEDULE OF HOUSEKEEPING TASKS, AND INSPECTIONS TO IDENTIFY OR CORRECT UNSANITARY OR UNSAFE CONDITIONS OR WORK PRACTICES WHICH MAY BE FOUND." PLAINTIFF'S EXPOSURE TO TOXIC SEWER GASSES THROUGHOUT THE POD, RAW SEWAGE LEAKS, SUBPAR CLEANING MAINTAINANCE, AND PESTS OF VERMIN, COCKROACHES ULTIMATLEY PUT HIM IN HARM AND SUFFERING AND ALL HAD ADVERSE EFFECTS ON HIS WELL BEING AS A WHOLE THAT EFFECTED HIM PHYSICALLY, MENTALY, AND EMOTIONALY VERY NEGATIVELY. PLAINTIFF BELIEVES THE DEFENDANTS SANTA CLARA COUNTY SHERIFF'S OFFICE AS A WHOLE, AND CAPTAIN G. GILL ARE ULTIMATLEY RESPONSIBLE FOR THESE VIOLATIONS OF MINIMUM STANDARDS STATED IN TITLE 15 1280. THIS ISSUE WAS ADDRESSSED IN GRIEVANCE G00992666/#491258041 AND WAS FULLY ADMINISTRATIVELY EXAUSTED.

68. THE PLAINTIFF BELIEVES IN PARAGRAPH 30 HIS 14TH ADMENDMENT RIGHTS WERE VIOLATED DUE TO DELIBERATE MEDICAL INDIFFERENCE, NEGLIGENCE, OR MALPRACTICE. HE BELIEVES THESE RIGHTS WERE VIOLATED BY THE NURSING STAFF WHO FAILED TO ADHERE TO BASIC NURSING STANDARDS AND PROVISIONS AND BASIC ETHICAL GUIDELINES. PLAINTIFF BELIEVES HIS RIGHT TO AUTONOMY, BENEFICENCE, AND JUSTICE WERE ALL DENIED BY THESE NURSES. PLAINTIFF ALSO HAD TO ADVOCATE FOR HIS OWN PROPER AND SANITARY CARE THAT THESE NURSES DID NOT PRACTICE, PLAINTIFF'S OWN SYMPTOMS WERE DOWNPLAYED OR IGNORED BY THESE NURSES THAT FELT SPECIFICALLY DISCRIMATORY AND NOT HOW THEY WOULD GIVE CARE TO ANY OTHER PATIENT IN THIER CARE AND EVEN A

DEVIN SHAEFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

LAYMAN WITH NO MEDICAL EXPERIENCE COULD UNDERSTAND THIS. THIS LACK OF MEDICAL CARE OR CONCERN HAD VAST NEGATIVE EFFECTS ON PLAINTIFF'S SUFFERING PHYSICALLY, MENTALLY AND EMOTIONALLY. PLAINTIFF BELIEVES DEFENDANTS, MARILEN BAGUNAS, DULAY HEINRICH, AND KATHERINE AGUINALDO ARE ULTIMATLEY RESPONSABLE FOR THESE VIOLATIONS. THIS ISSUE WAS ADDRESSED IN GRIEVANCE G0098885/#48606-2631 AND WAS FULLY ADMINISTRATIVELY EXAUSTED.

69. THE PLAINTIFF BELIEVES IN PARAGRAPH 31 HIS 14TH ADMENDMENT RIGHTS WERE VIOLATED. PLAINTIFF HAS A RIGHT TO 3 NUTRITIOUS MEALS DAILY IN THE CUSTODY OF THE SHERIFF'S OFFICE AND MULTIPLE TIMES HAVE BEEN SERVED OPEN ADULTERATED FOOD WITH NEGATIVE SIDE EFFECTS. THIS LACK OF BASIC ENTITLEMENT FEELS VERY DISCRIMATORY AND CAUSES EMOTIONAL, PHYSICAL, AND MENTAL SUFFERING. THIS VIOLATES MULTIPLE TITLES IN TITLE 15 SUCH AS "1246". PLAINTIFF BELIEVES DEFENDANTS, SANTA CLARA COUNTY SHERIFF'S OFFICE AS A WHOLE, DEPUTY JHONSON, DEPUTY AVISODORIO, DEPUTY OERTLE, AND DEPUTY BALADAD, AND "DOE" INMATES ARE RESPONSIBLE FOR THESE VIOLATIONS. THESE ISSUES WERE ADDRESSED IN MANY GRIEVANCES SUCH AS G0099064/#48818-0541 AND G0105420/#57979850I AND WERE FULLY ADMINISTRATIVELY EXAUSTED.

70. THE PLAINTIFF BELIEVES IN PARAGRAPH 32 HIS 14TH ADMENDMENT RIGHTS WERE VIOLATED BY A FAILURE TO PROTECT THE PLAINTIFF FROM HARM. THE PLAINTIFF DEMONSTRATED AND MADE AWARE TO DEPUTIES THE REOCCURING ISSUES HE SUFFERS FROM VICTIMIZATON ON THE 7TH FLOOR. PLAINTIFF HAD SUFFERED MULTIPLE INJURIES AND TRIPS TO THE HOSPITAL. BEING HOUSED

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

ON THIS FLOOR WITH PLAINTIFF'S ENTITLEMENTS AND ACCESS TO PHONES, TABLETS, SHOWERS, CLOTHING EXCHANGE WAS MOSTLY DENIED TO HIM DUE TO SAFTEY PRECAUTIONS. PLAINTIFF BELIEVES DEFENDANTS DEPUTIES, ROJAS, CABRERA, DOWNING AND PALAYO ARE RESPONSIBLE FOR THESE VIOLATIONS. THIS ISSUE WAS ADDRESSED IN GRIEVANCE G0099426/#493042-031 AND WAS FULLY ADMINISTRATIVELY EXAUSTED.

71. THE PLAINTIFF BELIEVES IN PARAGRAPH 33 HIS 14TH ADMENMENT RIGHTS WERE VIOLATED LIKE THEY WERE ALSO IN PARAGRAPHS 67, 29. PLAINTIFF WAS EXPOSED TO HARSH UNSANITARY CONDITIONS THAT ADVERSLY EFFECTED HIS WELLBEING, HE WAS EXPOSED TO PEST AND VERMIN SUCH AS BLACK FLY'S WHICH ARE KNOWN TO SPREAD DISEASE AND PARASITES. PLAINTIFF'S RIGHTS TO MINIMUM STANDARDS OF CLEANLINESS AND SANITATION WERE VIOLATED UNDER TITLE 15 1280. PLAINTIFF BELIEVES THE DEFENDANTS SANTA CLARA COUNTY SHERIFF'S OFFICE AS A WHOLE, AND CAPTAIN G. GILL ARE RESPONSIBLE FOR THESE VIOLATIONS. THIS ISSUE WAS ADDRESSED IN GRIEVANCE G0100042/#500720041 AND WAS FULLY ADMINISTRATIVSLY EXAUSTED.

72. THE PLAINTIFF BELIEVES IN PARAGRAPH 34 HIS 14TH ADMENDMENT RIGHTS UNDER THE DUE PROCESS AND EQUAL PROTECTION CLAUSE WERE VIOLATED. PLAINTIFF WAS DISCRIMINATED AGAINST BY DEPUTIES AND INMATES AND DEPUTIES LET INMATES CONTROL PLAINTIFFS RIGHTS TO ENTITLEMENTS LIKE ACCESS TO A TABLET. PLAINTIFF BELIEVES DEPUTIES VIOLATED PENAL CODE 4019.5(C) WHICH STATES "IT IS UNLAWFUL FOR ANY SHERIFF, DEPUTY, KEEPER OF A JAIL TO DELEGATE TO ANY

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

PRISONER OR GROUP OF PRISONERS, AUTHORITY TO EXERCISE THE RIGHT OF PUNISHMENT OVER ANY OTHER PRISONER OR GROUP OF PRISONERS IN ANY COUNTY OR CITY PRISON, JAIL, OR PLACE OF DETENTION." PLAINTIFF BELIEVES DEFENDANTS DEPUTIES OSORIO, BRESSNYO ARE RESPONSIBLE FOR THESE VIOLATIONS. THIS ISSUE WAS ADDRESSED IN GRIEVANCE G0101711/#526349401 AND WAS FULLY ADMINISTRATIVELY EXAUSTED.

73. THE PLAINTIFF BELIEVES IN PARAGRAPH 35 HIS 14TH ADMENDMENT RIGHTS WERE VIOLATED UNDER THE DUE PROCESS CLAUSE AND EQUAL PROTECTION. PLAINTIFF WAS DENIED ADEQUATE RUNNING WATER AS AN ENTITLEMENT IN A WAY THAT WAS HARSH AND PUNITIVE AS DEPUTIES GOT MAD AT HIM FOR ASKING AND WAS EVEN PUNISHED. THIS FELT LIKE DISCRIMINATION AS THE DEPUTIES ACTING WOULDNT HAVE SEEMED TO TREAT ANY OTHER INMATE THIS WAY. PLAINTIFF BELIEVES DEFENDANT DEPUTIES ROTH, AND SANDERS WERE RESPONSIBLE FOR THESE VIOLATIONS. THIS ISSUE WAS ADDRESSED IN GRIEVANCE G0102188/#534004141 WHICH WAS DENIED, AND RE-ADDRESSED AS GRIEVANCE G0112220/#672801411. AND IS CURRENTLY IN PROGRESS TO BE FULLY ADMINISTRATIVELY EXAUSTED.

74. THE PLAINTIFF BELIEVES IN PARAGRAPH 36 HIS 14TH ADMENDMENT RIGHTS WERE VIOLATED. THE PLAINTIFF WAS LIED TO AND FORCED OR MADE TO TAKE AN UNCLEAN UNHAZMATTED CELL WITH FECES AND CLEAN IT HIMSELF WITH NO GLOVES AND INADEQUATE CLEANING SUPPLIES, WHICH VIOLATES TITLE 15 1280 AND THE FACILITIES POLICY IN THE RULE BOOK "INMATES ARE

DEVIN SHOREE,
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

NOT RESPONSIBLE OR ALLOWED TO CLEAN UP OTHERS BODILY FLUIDS". THE PLAINTIFF BELIEVES DEFENDANT DEPUTIES, CAMMARGA AND DOUGHBAR ARE RESPONSIBLE FOR THESE VIOLATIONS. THIS ISSUE WAS ADDRESSED IN GRIEVANCE G0102185/#534021091 AND WAS FULLY ADMINISTRATIVELY EXAUSTED.

75. THE PLAINTIFF BELIEVES IN PARAGRAPH 37 AND 38 HIS 14TH ADMENDMENTS WERE VIOLATED. THE PLAINTIFF HAS A RIGHT TO DEVELOPMENTAL DISABILITY SCREENING AND TESTING UNDER TITLE 15 1207, 1208 AND MADE THIS REQUEST. THE PLAINTIFF WAS FED EXCUSES AND DENIED TESTING UNTIL GRIEVING THE ISSUE, EVEN AFTER A GRIEVANCE THE MEDICAL STAFF WAS HESITANT AND "ATTEMPTED" BUT GAVE MORE EXCUSES AS AVOIDANCE TO TEST THE PLAINTIFF. THE PLAINTIFF BELIEVES DEFENDANTS DR. BLOCH IS RESPONSIBLE FOR THESE VIOLATIONS. THESE ISSUES WERE ADDRESSED IN GRIEVANCES G0103985/#557529941 AND G0104708/#567934561 AND WERE FULLY ADMINISTRATIVELY EXAUSTED.

76. THE PLAINTIFF BELIEVES IN PARAGRAPH 39 HIS 14TH ADMENDMENT RIGHTS WERE VIOLATED. PLAINTIFF'S ITEMS HE PURCHASES THROUGH THE COMMISSARY REPEATEDLY COME ADULTERATED WITH HARMFULL SMELLS, EFFECTS, SYMPTOMS, IT HAPPENS SO REPEATEDLY HE FELT DISCRIMINATED AGAINST AND TARGETED, THIS ULTIMATLEY COST PLAINTIFF TIME AND MONEY, AND WHEN CONSUMING THE PRODUCTS HAD NEGATIVE ADVERSE EFFECTS TO HIS HEALTH FURTHER HARMING HIM. THE PLAINTIFF BELIEVES DEFENDANTS ARAMARK

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

ARE RESPONSIBLE FOR THESE VIOLATIONS. THIS ISSUE WAS ADDRESSED IN GRIEVANCE G0105232/#575947651 AND FULLY ADMINISTRATIVELY EXAUSTED.

77. THE PLAINTIFF BELIEVES IN PARAGRAPH 40 HIS 14TH AND 4TH AND 1ST ADMENDMENT RIGHTS WERE VIOLATED. PLAINTIFF'S LEGAL MAIL WAS SEARCHED AND INSPECTED OUTSIDE OF HIS PRESENCE, AS WELL AS HIS LEGAL MAIL NEVER REACHING ITS DESTINATION. THE PLAINTIFF BELIEVES DEFENDANTS DEPUTIES, OLIVERI, TIRADO, JUAREZ, AND RODRIGUEZ ARE POSSIBLY RESPONSIBLE FOR THIS VIOLATION. THESE ISSUES WERE ADDRESSED IN GRIEVANCES G0104710/#567930091 AND G0107125/#607421391 AND WERE FULLY ADMINISTRATIVELY EXAUSTED.

78. THE PLAINTIFF BELIEVES IN PARAGRAPH 41 HIS 14TH ADMENDMENT RIGHTS HAVE BEEN VIOLATED DUE TO DELIBERATE MEDICAL INDIFFERENCE, NEGLIGENCE, OR MALPRACTICE. HE FEELS THESE RIGHTS WERE VIOLATED BY A VAST AMOUNT OF DOCTORS WHO VIOLATED HIS PATIENT RIGHTS AND FAILED TO DISCLOSE ANY OF THIER FINDINGS DESPITE COMPLAINTS OF PLAINTIFF'S ON GOING SYMPTOMS. PLAINTIFF BELIEVES AS A LAYMAN WITH NO PROFESSIONAL MEDICAL EXPERIENCE THAT THE REPEATED FINDINGS IN HIS CT SCANS WHICH RELATE TO HIS NEGATIVE SYMPTOMS INDICATES SOME KIND OF CONDITION NO MEDICAL DOCTOR HAS DISCLOSED, DISSCUSSED OR TREATED THE PLAINTIFF FOR AND HAS VIOLATED HIS PATIENT RIGHTS OR STANDARDS OF CARE FROM PHYSICIANS AND LED TO ADDITIONAL UNWARRANTED SUFFERING AND CERTAIN DOCTORS HAVE DENIED PLAINTIFF'S REQUEST

DEVIN SHAEFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

TO FURTHER TEST OR DIAGNOSE OR TREAT THIS CONDITION. THE PLAINTIFF BELIEVES DEFENDANTS, DOCTORS LINDA C. TRUONG, SOUYIMA PRAKASAM, KIRANDEEP K SEKHON, GURKARAN S BAJWA, SAMANTHA ANG, NATALIA PANVISKA, LAURA PETERSON, CHRIS CHEN, SAMINA KHAN, KARSTEN HEIL ARE RESPONSIBLE FOR THESE VIOLATIONS. THIS ISSUE HAS BEEN ADDRESSED IN GRIEVANCE G0106753/#6008929-71 AND HAS FULLY BEEN ADMINISTRATIVELY EXAUSTED.

79. THE PLAINTIFF BELIEVES IN PARAGRAPH 42 HIS 14TH ADMENDMENT RIGHTS HAVE BEEN VIOLATED. TWO DEPUTIES WERE DELIBERATLY INDIFFRENT TO PLAINTIFF'S MEDICAL NEEDS AND DENIED HIS MEDICAL APPOINTMENT AND ADDITIONALLY MADE MALICIOUS FALSE ALLEGATIONS TO HIS MENTAL HEALTH DOCTOR WHO ADDED THEM INTO HIS MEDICAL RECORD WHICH CAUSED HIM TO BE FOUND INCOMPETENT AND FORCED TO TAKE MEDICATIONS THAT HARMED HIM AND DELAYED HIS CRIMINAL PROCEEDINGS, PROLONGING HIS INCARCERATION. THE PLAINTIFF BELIEVES DEFENDANTS DEPUTIES CENTENO AND ACOSTA (FEMALE) AND DR. CHRIS CHEN ARE RESPONSIBLE FOR THESE VIOLATIONS. THESE ISSUES WERE ADDRESED IN GRIEVANCES G0107395/#611277681 AND WAS FULLY ADMIN. EXAUSTED AND G0112148/#671325-031 AND IS IN THE PROCESS OF BEING ADMIN. EXAUSTED.

80. THE PLAINTIFF BELIEVES IN PARAGRAPH 43 HIS 14TH ADMENDMENT RIGHTS WERE VIOLATED BY DELIBERATE MEDICAL INDIFFERENCE, NEGLIGENCE, OR MALPRACTICE, AS STANDARD HEALTH CARE PROVISIONS

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY,
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

WERE NOT PRACTICED OR TAKEN WHEN PLAINTIFF STARTED TAKING A MEDICATION WHICH ULTIMATLEY LED TO PLAINTIFF'S INJURIES. PLAINTIFF BELIEVES DEFENDANT, DOCTOR SAMINA KHAN IS RESPONSIBLE FOR THIS VIOLATION. THIS ISSUE HAS BEEN ADDRESSED IN GRIEVANCE G0110789/#665905411 AND IS CURRENTLY IN THE PROCESS OF BEING ADMINISTRATIVLY EXAUSTED.

81. THE PLAINTIFF BELIEVES IN PARAGRAPH 44 HIS 14TH ADMENDMENT RIGHTS WERE VIOLATED. THE PLAINTIFF HAS BEEN TARGETED AND HARRASED BY JAIL CLEANERS AND HAS BEEN REPEATEDLY WOKEN UP AND HAD IRRITATING OFFENSIVE WATER PUSHED INTO HIS CELL REPEATEDLY RUINING HIS THINGS. PLAINTIFF BELIEVES THIS IS A VIOLATION OF PENAL CODE 4019.5(B) "SANITARY COMMITEE" MEANS A COMMITEE OF PRISONERS FORMED OSTENSIBLY FOR THE PURPOSE OF ENFORCING INSTITUTIONAL SANITATION BUT ACTUALLY USED FOR THE PURPOSE OF INFLICTING PUNISHMENT ON ANY PRISONER" THOUGH THE CLEANERS ARE NOT PRISONERS, THEY DO THIER JOB TO INFLICT SUFFERING UPON ME. THE PLAINTIFF BELIEVES THE DEFENDANTS "DOE" CLEANERS ARE RESPONSIBLE FOR THESE VIOLATIONS. THIS ISSUE HAS BEEN ADDRESSED AS GRIEVANCE G0110034/#653786281 AND HAS FULLY BEEN ADMINISTRATIVELY EXAUSTED.

82. THE PLAINTIFF BELIEVES IN PARAGRAPH 45 HIS 14TH ADMENDMENT RIGHTS HAVE BEEN VIOLATED DUE TO DELIBERATE MEDICAL INDIFFERENCE, NEGLIGENCE,

DEVIN SLATER
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

AND OR MEDICAL MALPRACTICE. THE PLAINTIFF HAS SUFFERED FROM CHRONIC ONGOING RASHES WHILE ONLY INCUSTODY AND HAS BEEN DENIED ANY TYPE OF DIAGNOSIVE TESTING OR MORE EFFECTIVE TREATMENT UPON REQUEST. HE SEEMS TO HAVE EVEN BEEN IMPEADED BY STAFF WHEN ADVOCATING FOR HIMSELF TO GET IT TESTED. THE PLAINTIFF BELIEVES DEFENDANTS, DEPUTY LAZCANO, OSORIO, GARCIA, AND DOCTORS LAURA PETERSON, NATALIA PANVISKA ARE RESPONSIBLE FOR THESE VIOLATIONS. THIS ISSUE HAS BEEN ADDRESSED AS GRIEVANCE G0110774/#66547088/ AND IS IN THE PROCESS OF BEING FULLY ADMINISTRATIVELY EXAUSTED.

## VII. MEMORANDUM ON THE CLAIMS AND COMPLAINT

83. THE PLAINTIFF IS WELL AWARE HE BRINGS FORTH AN EXTENSIVE AMOUNT OF CLAIMS WITHIN HIS COMPLAINT, THE PLAINTIFF HAS LITTLE TO NO KNOWLEDGE ON THE SCREENING PROCESS AND WHAT TERMS DETERMINE WHICH CLAIMS MIGHT BE BROUGHT FORTH TOGETHER OR SEPERATLEY. IT IS NOT THE PLAINTIFF'S INTENTION TO BURDEN THE COURT BY FILING THIS COMPLAINT BUT IN GOOD FAITH HOPE TO SCREEN AND BRING FORTH AS MANY CLAIMS AS POSSIBLE AS THE PLAINTIFF IS INDIGENT AND WILL MORE THAN LIKELY BE APPLYING TO PROCEED IN FORMA PAUPERIS IN ANY FUTURE COMPLAINTS HE FILES AND BRINGING FORTH ALL THESE CLAIMS UNDER ONE COMPLAINT AS THEY ALL STEM FROM THE SAME INCARCERATION, SAVE TIME AND FEES AND WORK FROM FILLING ALL THESE CLAIMS SEPERATLEY.

DEVIN SHAFFER,
PLAINTIFF,
V.
SANTA CLARA COUNTY
SHERIFF'S OFFICE, ET AL.,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

## VIII. PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS HONORABLE COURT ENTER JUDGEMENT GRANTING THE PLAINTIFF:

84. A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

85. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS NAMED TO STOP ALL VIOLATIONS OF PLAINTIFF'S CONSTITUTIONAL RIGHTS.

86. COMPENSATORY DAMAGES IN AN AMOUNT TO BE DETERMINED AT TRIAL AGAINST EACH DEFENDANT JOINTLY AND SEVERALLY.

87. PUNITIVE DAMAGES IN AN AMOUNT TO BE DETERMINED AT TRIAL AGAINST EACH DEFENDANT.

88. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

89. PLAINTIFF'S COST IN THIS SUIT

90. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER AND EQUITABLE.

DATED: 04/06/2026

RESPECTFULLY SUBMITTED,

DEVIN SHAFFER
PLAINTIFF,
V.
SANTA CLARA COUNTY SHERIFF'S OFFICE, ET AL,
DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL COMPLAINT 42 U.S.C. 1983

DEVIN SHAFFER,
DZN016/24025511
150 W. HEDDING ST.
SAN JOSE, CA 95110
MAIN JAIL COMPLEX

IX. VERIFICATION

I, DEVIN SHAFFER, HEREBY DECLARE THE FOREGOING TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER THE PENALTY OF PERJURY. EXECUTED ON 04/06/2026

X [signature]

BEST REGARDS,
SINCERELY,
DEVIN SHAFFER